District of Co;lumbia Public Schools
Division of Special Education

Psychoeducational Evaluation

CONFIDENTIAL REPORT PF PSYCHOEDUCATIONAL EVALUATION

NAME: Michael Peak
BIRTH DATE: 12/23/96
STUDENT'S AGE: 7.6
STUDENT'S GRADE: 2ND

SCHOOL: Malcolm X ES
DATE OF EVALUATION: 7/9/04
DATE OF REPORT: 7/12/04
PSYCHOLOGIST: Kathleen M. Shaw

REASON FOR REFERRAL
Seven year old Michael Peak was referred for a psychoeducational assessment to determine learning disabilities.

BACKGROUND INFORMATION
The complaints indicated that Michael was performing poorly in reading and math during the school year.

Michael has no significant history of medical problems and has never been hospitalized. Michael lives with his grandmother and is being reared by her. He has three other siblings. He claimed that his mother is deceased and he has very little contact with his father. He reported that he has no behavior problems at school or at home and gets along well with his grandmother.

ASSESSMENT PROCEDURES USED AND INFORMATION SOURCE
Wechsler Intelligence Scale for Children - Third Edition
Wechsler Achievement Test - Second Edition
Bender Visual Motor Integration
Human Figure Drawing
Interview

BEHAVIORAL OBSERVATIONS
Michael came to the testing site on his own from his summer school program located at Malcolm

Wechsler Individual Achievement Test
Second Edition

Examinee: Michael Peak  
Grade: 2    Sex: Male  
Examiner: Kathleen Shaw  
**Summary Report**

Date Tested: 7/9/2004  
Date of Birth: 12/23/96  
Age: 7 years 6 months  
**Age Based Scores**

| WIAT-II Subtests | Standard Score | Composite Standard Score | Confidence Interval 95% | Percentile | Age Equivalent | Grade Equivalent | Other |
|---|---|---|---|---|---|---|---|
| **Reading** | | | | | | | |
| Word Reading | 84 | | 80- 88 | 14 | 6:4 | 1:1 | 28 |
| Reading Comprehension | 72 | | 66- 78 | 3 | <6:0 | <1:0 | 11 |
| Pseudoword Decoding | 83 | | 79- 87 | 13 | 4:4 | PreK5:4 | 26 |
| Composite Score (Sum of Subtest SS) | 239 | 78 | 75- 81 | 7 | | | 19 |
| **Mathematics** | | | | | | | |
| Numerical Operations | 82 | | 69- 95 | 12 | 6:4 | 1:0 | 25 |
| Math Reasoning | 70 | | 62- 78 | 2 | 5:4 | K:3 | 8 |
| Composite Score (Sum of Subtest SS) | 152 | 74 | 65- 83 | 4 | | | 13 |
| **Written Language** | | | | | | | |
| Spelling | 90 | | 83- 97 | 25 | 6:8 | 1:5 | 36 |
| Written Expression | 87 | | 76- 98 | 19 | 5:8 | K:8 | 32 |
| Composite Score (Sum of Subtest SS) | 177 | 87 | 80- 94 | 19 | | | 32 |
| **Oral Language** | | | | | | | |
| Listening Comprehension | 67 | | 55- 79 | 1 | 4:0 | PreK5:2 | 4 |
| Oral Expression | 67 | | 57- 77 | 1 | 4:0 | PreK5:1 | 4 |
| Composite Score (Sum of Subtest SS) | 134 | 62 | 53- 71 | 1 | | | <1 |
| Total Composite Score (Sum of All Subtest Standard Scores) | | 73 | 69- 77 | 4 | | | 12 |

| Supplemental Scores | Raw Score | Quartile | Decile |
|---|---|---|---|
| **Reading** | | | |
| Reading Comprehension | 72* | 1** | |
| Target Words | 6 | 1** | |
| Reading Speed | 0 | 4** | |
| **Written Expression** | | | |
| Alphabet Writing | 3 | | |
| Word Fluency | 3 | 1 | |
| Word Count | 0 | | |
| Holistic Score (Paragraph or Essay) | 0 | | |
| **Oral Expression** | | | |
| Word Fluency | 6 | 1 | |

**Reading Rate**



1 2 3 4

1 - Far below average to below average
2 - Below average to average
3 - Average to above average
4 - Above average to far above average

*Represents standard score.  **Represents quartile scores using grade based normative data.

 THE PSYCHOLOGICAL CORPORATION

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.

Page 1 of 2

X ES. Upon his arrival, he immediately adjusted and was anxious to get started. His appearance was neat and clean and appeared very preoccupied with the tennis shoes he was wearing. He was very engaging and talkative through the process. His attitude toward the evaluation was positive and as it was explained to him. For the first half an hour, Michael had good focus, but after, he became very restless and kept asking the time over and over again. He had concerns about missing lunch and aftercare. He was constantly in motion for the rest of the evaluation and needed redirecting. He demonstrated good skills for some tasks, but others like reading, spelling, writing basic sentences, telling stories, regrouping and renaming in math, his skills were poor. He was not one, however, to give up on difficult tasks, but kept on working outside of his time limit. He admitted that he had difficulty reading and doing math problems, but he was unconcerned about the difficulties he was experiencing. His concentration level was not consistent and at times needed to be reminded to listen to instructions and directions. He indicated that his future goal is to become a policeman so that he can help others. His general speech was coherent, his demeanor pleasant and his attitude cooperative. He was oriented to person, place, time and situation.

## ASSESSMENT RESULTS AND INTERPRETATION
### Cognitive Functioning

Michael was administered the Wechsler Intelligence Test, third edition which measures cognitive abilities and provide specific information regarding areas of cognitive functioning. It is divided into two areas, the Verbal and the Nonverbal. The Verbal consists of verbal comprehension, long-term auditory memory for facts learned at school and the environment, vocabulary development and verbal abstract reasoning skills. The Nonverbal consists of the ability to analyze and produce abstract thinking and problem solving skills using eye-hand coordination with visual information. It also compares the abilities of Michael with others in his age group.

Michael's performance on the Wechsler was the Low Average range, IQ score 84 and percentile rank 14%. Michael exhibited significant strength on the Arithmetic subtest, scaled score =12. The indication is that Michael seems to have specific strength with numerical abilities. Mental control, however appears to be his weakest. He has poor ability to attend and hold information in short-term memory while performing some operation with it and then to correctly produce the transformed information. He also achieved his best performance among the verbal reasoning tasks on the Similarities subtest, scaled score =9. On the Similarities subtest, Michael demonstrated the ability to abstract meaningful concepts from verbally presented material. His weakest performance was on the Comprehension subtest which was below that of most children his age. The subtest assesses in particular, his comprehension of social situations and social judgment as well as his knowledge of conventional standards of social behavior.

On the Performance Scale, Michael performed at the Borderline range according to his IQ score of 74 and percentile rank of 4%. His nonverbal abilities are better than those of approximately 4% of students his age. He achieved his best performance among the nonverbal reasoning tasks on the Object Assembly and Block Design subtests, scaled scores = 8 and 8. His performance on Object Assembly is an indication of his general ability in perceptual organizational tasks, that is, tasks that require mentally organizing, nonverbal, spatial information into meaningful part/whole

relationships. The Block Design assesses his ability to mentally organize visual information, specifically, to analyze part/whole relationships when information is presented spatially. His weakest performance was on subtest, Picture Arrangement. This assesses his abilities to infer cause and effect in social situations. On this test, he indicated very poor ability for attentiveness to relevant details.

Michael's Full Scale performance IQ was 77 with a percentile rank of 6%. His general cognitive ability is within the Borderline range of intellectual functioning as measured by the Wechsler Intelligence Scale. His verbal skills are slightly over his nonverbal skills. His verbal reasoning abilities are most appropriately characterized by his score on the Verbal Comprehension Index - VCI = 79 which is above that of approximately 8% of his peers.

Academic Functioning
Michael was administered the Wechsler Achievement, Second Edition which measures achievement skills in Reading, Mathematics, Reading Comprehension and other key academic areas.

READING - The Reading tasks consist of sight words, decoding and reading comprehension. His overall performance as indicated by his Composite Standard score was the low average range, 78 and percentile rank, 7%. Individual subtests indicated standard scores of 84 in Word Reading, grade level, 1.1, 72 in Reading Comprehension, grade level <1.0 and Pseudoword Decoding 83, grade level PreK:5.4. Both his decoding skills and recognizing sight words were consistent, but his Reading Comprehension skills were significantly lower.

MATHEMATICS - This area consists of basic arithmetic concepts and applications. His Composite Standard score was 74 at the borderline range with a 4% percentile rank. His standard score for Numerical Operations was 97 with a grade level of 1.0 and his standard score for Math Reasoning was 82 with a grade level 1.0. He scored higher on tasks with numbers than on tasks consisting of words and numbers due to his poor listening skills.

WRITTEN LANGUAGE - This area required Michael to do letter production, write sentences and other related tasks to the classroom. His overall Composite Standard score was 87 and percentile rank 19% placing his performance within the low average range. His standard score for the subtest Spelling was 90 with a grade level of 1.5, for the Written Expression, 87 and a grade equivalent of K:8 His skills are considered equal in these areas.

ORAL LANGUAGE - Oral Language deals with verbal memory, short-term, word fluency, writing, processing and understanding oral language and visual information. Overall Composite Standard Score, 62 and percentile rank, 1% placing his performance at the deficient range. Individually, his standard score for Listening Comprehension was 67 with a grade level of PreK5:2 and 67 for Oral Expression with a grade equivalent of Pre:K:1. He is significantly weak in these two areas and is performing below other children in his age range.

Perceptual Functioning

Michael was administered pencil and paper test of visual motor integration consisting of copying designs. It assesses attention to visual details, spatial organization and visual motor integration development. Michael's performance fell within the deficient range. He paid very little attention to details and made several errors. His performance was below his age range.

DIAGNOSTIC IMPRESSION
According to the results on Wechsler Intelligence Scale for Children - third edition, his overall reasoning abilities exceed those of approximately 6% of children his age. His Full Scale IQ is 77 at the Borderline range. Both his verbal and nonverbal skills are within the borderline range to the low average range. Michael's Comprehension skill, however are weak for providing solutions to everyday problems and also for inferring cause and effect.

Academically, Michael was low in Reading Comprehension at the borderline range, Math Reasoning at the borderline range, Listening Comprehension and Oral Expression at the deficient range. His overall weakness is in Oral Language.

Perceptually, his visual integration skills are weak and further evaluation may be needed. Emotionally, he does not indicate any serious emotional problems.

Michael profile shows some difficulties with Oral Language dealing with word fluency, semantics, writing, processing visual information, understanding and producing oral language. He is still at the stage of developing these skills, but there are some concerns about his current weaknesses and his ability to handle the demands of a higher grade.

Based on the present information on hand, I am recommending at this time that he be referred for an OT evaluation and from the results, the appropriate recommendations will be made.

Kathleen M. Shaw
DCPS Certified School Psychologist

IQ SCORES SUMMARY

| SCALE | IQ | 90% CONFIDENCE INTERVAL | PR | CLASSIFICATION OF INTELLECTUAL FUNCTIONING |
|---|---|---|---|---|
| Verbal | 84 | 80- 90 | 14 | Low Average |
| Performance | 74 | 70- 83 | 4 | Borderline |
| Full Scale | 77 | 73- 83 | 6 | Borderline |

Difference Between VIQ and PIQ = 10 ($p < .15$, Freq =44.5%)

INDEX SCORES SUMMARY

| | INDEX | 90% CONFIDENCE INTERVAL | PR |
|---|---|---|---|
| Verbal Comprehension | 79 | 75- 86 | 8 |
| Perceptual Organization | 76 | 71- 85 | 5 |
| Freedom from Distractibility | 84 | 78- 94 | 14 |
| Processing Speed | 70 | 66- 83 | 2 |

SUBTEST SCORES SUMMARY

| VERBAL SUBTESTS | RAW SCORE | SCALED SCORE | PR |
|---|---|---|---|
| Information (IN) | 6 | 6 | 9 |
| Similarities (SM) | 9 | 9 | 37 |
| Arithmetic (AR) | 14 | 12 | 75 |
| Vocabulary (VO) | 10 | 5 | 5 |
| Comprehension (CO) | 6 | 4 | 2 |
| (Digit Span DS) | 3 | 2 | <1 |

| PERFORMANCE SUBTESTS | RAW SCORE | SCALED SCORE | PR |
|---|---|---|---|
| Picture Completion (PC) | 8 | 5 | 5 |
| Coding (CD) | 30 | 6 | 9 |
| Picture Arrangement (PA) | 2 | 2 | <1 |
| Block Design (BD) | 11 | 8 | 25 |
| Object Assembly (OA) | 13 | 8 | 25 |
| (Symbol Search SS) | 5 | 2 | <1 |



GRAPH OF SUBTEST SCALED SCORES

| | VERBAL | | | | | | PERFORMANCE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTEST | IN | SM | AR | VO | CO | DS | PC | CD | PA | BD | OA | SS | MZ |
| SS | 6 | 9 | 12 | 5 | 4 | 2 | 5 | 6 | 2 | 8 | 8 | 2 | |
| SEM | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 2 |

DIFFERENCES BETWEEN SUBTEST SCORES AND MEAN OF SUBTEST SCORES

| SUBTEST | SCALED SCORE | DIFF. FROM MEAN | SIGNIF. OF DIFF. | FREQ. | S/W |
|---|---|---|---|---|---|
| **VERBAL** | | | | | |
| Information (IN) | 6 | -0.33 | ns | >25% | |
| Similarities (SM) | 9 | 2.67 | .15 | 25% | |
| Arithmetic (AR) | 12 | 5.67 | .05* | <1% | S |
| Vocabulary (VO) | 5 | -1.33 | ns | >25% | |
| Comprehension (CO) | 4 | -2.33 | ns | >25% | |
| (Digit Span DS) | 2 | -4.33 | .05* | 10% | W |

Mean of Six Verbal Subtest Scaled Scores = 6.33
Scatter = 10 (p < .05, Freq = 4.5%)

| | | | | | |
|---|---|---|---|---|---|
| **PERFORMANCE** | | | | | |
| Picture Completion (PC) | 5 | -0.17 | ns | >25% | |
| Coding (CD) | 6 | 0.83 | ns | >25% | |
| Picture Arrangement (PA) | 2 | -3.17 | .15 | 25% | |
| Block Design (BD) | 8 | 2.83 | .15 | 25% | |
| Object Assembly (OA) | 8 | 2.83 | ns | 25% | |
| (Symbol Search SS) | 2 | -3.17 | .15 | 25% | |

Mean of Six Performance Subtests Scaled Scores = 5.17
Scatter = 6 (p < .05, Freq = 62.1%)

\* significant at the .05 level

WISC-III Writer Windows Version 1.0