Peak, Michael - 9076039
Speech and Language Evaluation
Page 1

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## DIVISION OF SPECIAL EDUCATION
## SPEECH AND LANGUAGE SERVICES
## SPEECH AND LANGUAGE EVALUATION REPORT
Discussion and Findings

Student: Michael Peak  
DOB: 12/23/96  
DOE: 07/09/04  
Date of Report: 07/14/04  

School: Malcolm X ES  
Examiner: Charron M. Mitchell, MA CCC-SLP  
CA: 7 years, 7months  
Student ID: 9076039  

**Reason for Referral/Background Information:**
Michael was referred for this speech and language evaluation as part of a comprehensive assessment of his current educational needs. The purpose of this assessment is to determine if there is evidence of an oral communication disorder that impacts Michael's educational performance. Michael is an 7 year, 7 month old male student who recently completed the second grade at Malcolm X ES. He will be entering the third grade in the Fall 2004-2005 school year. Michael reported to this examiner that he likes school. Ms. Alice Peak, Michael's maternal grandmother reported that Michael frequently has trouble with listening skills. Specific areas of concern included: (1) following spoken directions, (2) remembering things people say, and (3) paying attention. Academic areas of concern included reading and math.

**Behavioral Observations:**
Michael presented as a friendly, compliant youngster. He separated from his grandmother with ease, and willingly accompanied the examiner to the testing room. He initially listened attentively and actively participated in structured and unstructured tasks. However, as test administration progressed, his attentiveness faded, physical activity level increased, and off-task behaviors occurred (e.g. twirling around in his chair, playing with a pencil on the table, looking around the room). These behaviors were also noted when tasks targeted auditory memory skills. Michael's response rate was generally appropriate. Overall observation noted careful consideration of choices. Michael then gave his opinion on the best possible answer for each item. Fatigue, boredom, and/or frustration were not evidenced during the testing session.

## EVALUATION AND ANALYSIS
Formal and informal measures were used to assess Michael's speech and language skills

**TESTS ADMINISTERED:**
Expressive One Word Picture Vocabulary Test
Receptive One Word Picture Vocabulary Test
Clinical Evaluation of Language Fundamentals - Fourth Edition
Clinical Assessment of Articulation and Phonology
Informal Assessment of Articulation, Fluency, Hearing, Voice, and Pragmatics

| Evaluation Instruments | Standard Score | Percentile |
|---|---|---|
| **Clinical Evaluation of Language Fundamentals - Fourth Edition** | | |
| Subtests: Concepts and Following Directions* | 8 | |
| Word Structure* | 4 | |
| Recalling Sentences* | 4 | |
| Formulated Sentences* | 6 | |
| Word Classes - Receptive* | 5 | |
| Sentence Structure* | 13 | |
| *Subtest Scores are reported as scaled scores-range of average performance=7-13, mean of 10 | | |
| Receptive Language Index Score | 92 | 30 |
| Expressive Language Index Score | 67 | 1 |

Peak, Michael - 9076039
Speech and Language Evaluation
Page 2

| CORE LANGUAGE STANDARD SCORE | 73 | 4 |
|---|---|---|
| Expressive One-Word Picture Vocabulary Test | 83 | 13 |
| Receptive One-Word Picture Vocabulary Test | 87 | 19 |

## LANGUAGE:

The *Clinical Evaluation of Language Fundamentals, Fourth Edition* (CELF-4) is designed to identify receptive and expressive language skill deficits in the areas of semantics (word meanings), syntax and morphology (word and sentence structure), and auditory memory (recall and retrieval). Michael was administered four core subtests of the CELF-4 from which his Core Language score was derived (Concepts and Following Directions, Word Structure, Recalling Sentences, Formulated Sentences). The Core Language score is considered to be the most representative measure of Michael's language skills and provides an easy and reliable way to quantify a his overall language performance. The Core Language score has a mean of 100 and a standard deviation of 15. The range of average performance extends from 85 - 115. Michael received a Core Language score of 73 (percentile rank = 4). This places Michael's overall language skill below the average range of functioning.

### EXPRESSIVE

The Expressive Language index is a cumulative measure of Michael's performance on the three subtests that probe expressive aspects of language including oral language expression (Word Structure, Recalling Sentences, Formulated Sentences). The Expressive Language index has a mean of 100 and a standard deviation of 15. The range of average performance extends from 85 - 115. Michael received an Expressive Language Index score of 67 (percentile rank = 1). This places Michael's expressive language skill significantly below the average range of functioning. Michael was not able to recall and reproduce sentences of varying length and complexity as measured on the Recalling Sentences subtest. He experienced difficulty imitating sentences presented by this examiner and generally failed to maintain the appropriate meaning, inflection, word and sentence structure of the dictated sentence. It should be noted that decreased attention to task, and off task behaviors during administration of this subtest had an impact on overall performance. Michael also had difficulty demonstrating appropriate use of grammatical rules in the sentence completion tasks on the Word Structure subtest. Irregular plurals, irregular past tense verbs, comparative/superlative forms, reflexive/subjective/objective pronouns, copulas (is/are), and auxiliary + -ing structures were incorrectly expressed. It should be noted that the grammatical structures incorrect on this subtest were also observed as incorrect during informal conversations. On the Formulated Sentences subtest, Michael was asked to formulate compound, complex sentences given a target word and using a picture cue. Michael appeared to have great difficulty generating ideas and putting these into complete, coherent, grammatically correct sentences when target words were past tense verbs (e.g. gave), adverbs (e.g. finally), adjectives (e.g. best, third) and conjunctions (e.g. because, or, and). He was able to use nouns in complete basic sentences. Consistent subject-verb agreement was not always shown.

### RECEPTIVE

The Receptive Language index is a cumulative measure of Michael's performance on 3 subtests designed to best probe receptive aspects of language including comprehension and listening (Word Classes - Receptive, Sentence Structure, Concepts and Following Directions). The Receptive Language index has a mean of 100 and a standard deviation of 15. The range of average performance extends from 85 - 115. Michael received a Receptive Language Index score of 92. This places Michael's receptive ability within the average range of functioning. Michael was able to interpret, recall, and execute oral commands of increasing length and complexity that contained concepts of functional language. Although Michael had difficulty expressing grammar appropriately in sentences, he was able to demonstrate above average understanding of grammar at the sentence level, as measured by the Sentence Structure subtest. Michael also experienced difficulty understanding of word relationships. He did not always (1) understand the meaning of the words presented, (2) identify related words, and (3) express the appropriate relationship between the words presented.

### VOCABULARY

The *Expressive One-Word Picture Vocabulary Test* (EOWPVT) an the *Receptive One-Word Picture Vocabulary Test* (ROWPVT) are picture based assessments that were administered to assess Michael's knowledge and use of vocabulary. Michael received a standard score of 83, percentile rank 13 on the EOWVT; and a standard score of 87, percentile rank of 19 on the ROWPVT. Although Michael performed higher on the receptive vocabulary measure, there was no significant difference between the two score achieved. The ROWPVT require only recognition of an illustration depicting the meaning of a word; however, the EOWPVT has the added requirement of retrieving a word from memory and producing in on command. Results revealed average hearing vocabulary and borderline speaking vocabulary skills. Results should be interpreted with caution as many factors, including exposure and environmental constraints, influence vocabulary

Peak, Michael - 9076039
Speech and Language Evaluation
Page 3

development.

### PRAGMATICS

Michael's pragmatic skills were assessed through informal observations made during test administration. Michael presented with adequate social language skills. He was initially difficult to engage in conversation; however, as time went on he easily engaged in and initiated conversations with the examiner and was able to maintain appropriate conversations for many exchanges. Eye contact was initially fleeting; however, became generally appropriate during the course of conversations. He was able to appropriately ask and answer a variety of questions. Use and interpretation of non-verbal communication skills was also appropriate.

### FLUENCY/VOICE/HEARING:

Fluency parameters appear to be within the normal limits. Informal observations of vocal parameters revealed quality, intensity, pitch, and inflection to be within the average range for age and gender. Informal observations of hearing ability revealed functional hearing within normal limits at conversational speech levels.

### ARTICULATION/SPEECH MECHANISM:

Cursory examination of Michael's speech mechanism revealed adequate oral structures and functions to support speech production. The Clinical Assessment of Articulation and Phonology (CAAP) - Consonant Inventory, was administer to assess articulation accuracy at the word level. Michael received a standard score of 100 indicating average articulation performance. Minor dialect differences were noted; however, these did not impact overall speech intelligibility, which was judged to be adequate in both known and unknown contexts.

### SUMMARY/IMPLICATIONS/RECOMMENDATIONS:

Based on formal and informal assessment results, Michael demonstrates an oral language disorder, characterized by below average expressive language skills and borderline expressive vocabulary skills. Average receptive language and receptive vocabulary skills were found. However, skill specific receptive language difficulty was noted and can be characterized by a weak understanding of word relationships. Articulation, voice, fluency and pragmatic language skills were all found to be within the average range. Expressive language skill weaknesses noted are characterized by decreased sentence formulation skills and decreased use of appropriate grammatical structures in connected speech. Receptively, he has difficulty understanding word relationships. It may also be difficult for Michael to understand the meaning of new classroom/curriculum related vocabulary words. Michael may also experience a reduced ability to plan and produce grammatically correct, complete sentences for oral and written language classroom activities. Speech and language intervention is recommended. This data should be considered with all other available information when determining eligibility and appropriate educational programming for Michael.

Respectfully submitted,

Charron M. Mitchell, MA CCC-SLP
Speech and Language Pathologist