# District of Columbia Public Schools
## Division of Special Education
### Social History

**Student's Name:** Michael Peak        **Sex:** Male         **DOB:** 12-23-96
**Social Security#:**                                         **ID#:** 9076039
**Mother/Guardian:** Alice Peak                               **Father:** Michael Ford
**Address:** 1397 Congress Street, SE #4                      **Telephone:** (202) 561-9551
         Washington, DC 20032

**Emergency Contact:** Guardian/ Alice Peak

**Current School:** Malcolm X            **Home School:** Malcolm X
**Grade:** 2nd

**Person (s) Interviewed:** Alice Peak, Maternal Grandmother/Guardian
**Record Review**
**Reason for Referral:** Teacher observed student was falling behind and change in behavior.
**Services currently being received by community agencies:** None

### Family Data
**Household Composition**

| Name | Relationship | Age | Status |
|---|---|---|---|
| Alice Peak | Legal Guardian |  | Retired |
| Tatianna Peak | Sister | 11 | Malcolm X |
| Rayianna Peak | Sister | 10 | Hamilton Center |
| Rochelle Peak | Sister | 9 | Malcolm X, Spec. Education |
| Raneika Williams | Cousin | 17 | Job Corps |
| Eniya Williams | Cousin | 1 | Home |

### Developmental and Medical History

Michael is a 7-year-old child who reportedly met all of his developmental milestones within normal time range. He received his immunizations as scheduled. Reportedly there were no substances used during the pregnancy with Michael. Ms. Peak could not recall any traumas Michael may have suffered. She mentioned that he was diagnosed with asthma but never received medication because it was explained he would out grow the illness. It was also reported that he has never received any mental health treatment. Michael is the youngest of four children born to his mother. The interactions between the siblings are reported as being appropriate. Ms. Peak stated that Michael has a close relationship with one of maternal aunts and enjoys playing with her three sons.

His maternal grandmother has been his legal guardian since his mother's death in November 2002. Ms. Peak reported that her daughter suffered from several health problems that were the result of her death. She further stated that Michael has never addressed the death with any one on a professional level and continue to have nightmares surrounding the issue. Ms. Peak also added that Michael often make inquiries as to when she will depart from the family as well.

Michael has a relationship with his father who resided with the family up until 8 months ago. His father, Michael Ford, does not provide support or maintain contact with Michael. Ms. Peak reported that Michael was not affected by his father's departure from the home.

Michael receives his health care from Dr. Woods in the District of Columbia. His last physical was in April 2004. His immunizations are current and he is not taking any medications. He is described as being physically healthy with no problems with his hearing or vision.

## Social and Behavioral Characteristics

Ms. Peak reported that Michael is generally a well-behaved child. She went on to say that at times he can display a terrible attitude. However, he does not like to be alone and requires attention. Although Michael may fight with his siblings, he prefers to be in their company. Michael enjoys playing outside, drawing, writing and playing video games. His strengths as described by Ms. Peak are that he is a good talker and able to remain focused when he chooses to. He is currently not involved in any team sports but enjoys basketball and softball. Ms. Peak reported that Michael does not have any male role models actively involved in his life.

## Behavior Characteristics

X Flexible
Difficulty making and keeping friends
Lacks self Control
Bedwetting (until 7/8 yrs)
Consistent short attention span
Excessive inconsistency in behavior
X aggressive towards others when intimidated
Cooperative
X Nightmares
X Difficulty completing jobs/activities
X Unreasonable fears
X Temper tantrums
Gets ideas quickly
Usually shy and withdrawn
Difficulty telling time

X Creative
X Outgoing
X Frequent changes in mood
Thumb sucking
X Daydreaming- sometimes
Nail biting
Mechanical
X Overactive
X Athletic
Musical
X Rocking (tactile with hands)
X Fantasies -sometime
Under active
X Avoids homework
Artistic

FROM : SEATON        FAX NO. : 2026737216        Aug. 18 2004 03:50PM   P4

X Tells lies, not frequent
X Enjoys reading (being read to)
Difficulty understanding questions/directions
X Talks to self- sometimes
Difficulty using numbers
X Concentration difficulties
X Difficulty with organization
X Gets along with peers- sometimes
X Prefers to watch television/video games

X Self-confident
Frequently late
X Uncooperative
X Sleepwalking, disturbed sleep
Lacks motivation
Prefers to play alone
Demanding
Likes to be in control
X Avoids reading- sometimes

### School History

Michael did not attend head start or daycare and has been enrolled at Malcolm X Elementary School since Pre-Kindergarten. Ms. Peak explained that prior to Michael attending pre-k, a tutor was sent to her home on a weekly basis by the school during the summer. The purpose was to help prepare him for school. Ms. Peak stated that Michael started out as being interested in school and was able to remain on task with the other children. The academic difficulties and changes in his behavior began to surface after the death of his mother. He began to fall behind in his work, walk the halls and display other attention seeking behaviors.

Ms. Peak mentioned a Multidisciplinary meeting was held at Malcolm X on February 5, 2004 and it was determined that Michael would receive tutoring services. She is unclear if the services have begun.

### Psychosocial Analysis and Educational Implications

Michael is a seven-year-old African American male who was born in the District of Columbia. He was referred to this social worker to develop a social history as part of the eligibility process for special education services.

Michael is one of four children born to his mother. Alice Peak, his maternal grandmother has been his legal guardian since the time of his mother's death in 2002. He has little contact with his biological father, Michael Ford, or paternal relatives. Ms. Peak reports that Michael was a healthy baby and remains healthy at this time.

If it is determined that Michael is eligible for Special Education services he would benefit from an educational environment that would allow him to receive plenty of attention and socio-emotional counseling. In addition, Ms. Peak may also benefit from seeking outside treatment for the family as a whole to process the loss of two parents (death of their mother and abandonment/rejection from their father).

Wayronia Potts, LGSW
Licensed Graduate Social Worker
July 26, 2004