8/04

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM                                    MDT
(MDT)
MEETING NOTES

MDT REFERRAL DATE: 2.5.04                    MEETING DATE 3.2.04

STUDENT: Michael Peak            SCHOOL: Malcolm X

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| X Alan Peak | X Alan Peak | |
| Chavvon M. Mitchell | Chavon H. Mitchell MHC, SW | Speech Pathologist |
| Kathleen Shaw | Kathleen M Shaw | School Psychologist |
| | | Gen. Educ. Teacher |
| Vanessa Lykes | Vanessa M. L. | IEP Developer/ Spec. Educator |
| Tavia S. Foster | Tavia R. | LEA /SES |
| | | |

Introduction

The meeting convened and all discipline specialists introduced themselves to the parent. The Procedural Manual was issued and a receipt was obtained. A brief summary of the manual was given to the parent. The purpose of the meeting was stated: To review the current assessments and determine eligibility for special education and related services. If the student is found eligible, the team will devise and IEP and discuss placement.

The Parent Reports: She is concerned that Michael was passed to 2nd grade and he cannot read. Mr. Peak feels he can follow directions well but only when he is not playing. She stated Michael is pretty smart and can do basic math & add. Ms. Peak feels Michael has a terrible attitude & fights with his siblings. When she redirects him he will ball up his fist and pout for a few minutes. When not engaged with siblings he is very quiet however he often will make noise with his mouth and hand gestures.    Parent cont on Pg. 3

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING
AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ___Michael Peak___

☑ IS ELIGIBLE FOR SPECIAL EDUCATION
☐ IS NOT ELIGIBLE FOR SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _2.5.04_          MULTIDISCIPLINARY TEAM (MDT)          _2_ of _3_
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: ___Eligibility___

STUDENT _Michael Peak_     SCHOOL _Malcolm X_          DATE _8.12.04_

The General Educator Reports:

The School Psychologist Reports: Michael Peak was evaluated on 7/9/04 and found to be performing in the Borderline range. IQ Score 77. Weaknesses in Comprehension, Digit Span and Picture Arrangement. Academically. He is weak in scores range from Deficient to Low average. He is weak in Math Reasoning, Listening Comprehension and Oral Expression.

The Speech Pathologist Reports: Results of the speech/language evaluation ( 8 7/9/04 ) revealed the following:

CELF-4     Receptive Lang. Index      92
           Expressive Lang. Index     67
           Total Lang Score           73

EOWPVT:    83
ROWPVT:    87                              [ moderate in Severity

Michael demonstrates an oral lang disorder characterized

Summary/Eligibility Determination: n below average expressive langu skill

Based upon the documents reviewed, the student (qualifies)/ does not qualify for special education services as a student with a learning disability under IDEA. He requires services in the area o reading, math, written expression and language (expressive language and vocabulary, auditory memory.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE **2.5.04**

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____ Eligibility

**3** of **3**

STUDENT **Michael Peak**    SCHOOL **Malcolm X**    DATE **8.12.04**

~~Parent report con't:~~ Parent report con't:
~~Other Participant Comments:~~
Ms. Peak also stated she has received several complaints from school : 1) Not turning in homework
2) Walking the halls
3) messing with other kids

She also feels he is a curious child and will often pick up items.

Team Recommendations:
1. Receive special education and speech/~~an~~ language
2. therapy to address delays in those areas listed
3. on page 2.
4.
5.

Additional Assessments Needed or Other Comments:
1. OT evaluations due to difficulty with fine
2. motor skills.
3. Ms. Shaw, the psychologist, requested that when Michael is taken for his health checkup Ms. Peak ask for him to be assessed for hyperactivity.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    7-02-01    DIVISION OF SPECIAL EDUCATION    MDT MEETING NOTES    APPENDIX A