DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT: Michael Peak          SCHOOL: Malcolm X          DATE: 8.12.04

| PARTICIPANTS | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| x Alice Peak | x Alice Peak | Parent/Grandmother |
| Tavia S. Foster | Tavia S. F. | SES/LEA |
| Vanessa Lythcott | V. Lythcott | IEP Developer |
| Kathleen M. Shaw | Kathleen M. Shaw | Sch. Psychologist |
| Charron H. Mitchell | CM Mitchell MACCC-SLP | Speech Pathologist |

Based upon the documents reviewed, the MDT determined that the student is eligible or continues to be eligible for special education services as a student with **a Learning Disability**
Specialized instruction is required in the following subjects: **Math, Reading & Written Expression**
The total amount of specialized instruction required is **15**
Related services are required in the following areas: **Speech and language**

The setting accepted by the MDT is **Combination General Education & Resource Classroom**
The level for standardized assessment is **III**
The following accommodations/modifications will be made: **Extended time, break tasks into parts, preferential seating, reduced/repeated directions**

Placement Discussion:
**Malcolm X is the appropriate location for services**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES