**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last **Peak** First **Michael** MI
Student ID **9076039** Soc.Sec.No. _____ Age: **7** Grade **3rd**
Gender ☒M ☐F Date of Birth **12/23/96** Ethnic Group **African-American**
Address **1397** **Congress Street** **SE** **#4**
  House No.  Street Name   Quadrant  Apartment #
**Washington**  **DC**  **20032**
  City   State  Zip Code
☐ Non-attending
Attending School **Malcolm X**  Home School **Malcolm X**
☒Elem. ☐Mid/JHS ☐SHS ☐CWS/
Parent **Ms. Alice Peak**
Address of (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate
House No.  Street Name  Quad.  Apt. No.  City  State  Zip Code
Telephone: Home **202-561-9551** Work _____

## II. CURRENT INFORMATION

Date of IEP Meeting: **8/12/04**
Date of Last IEP Meeting: **N/A**
Date of Most Recent Eligibility Decision: **8/12/04**
Purpose of IEP Conference:
☒ Initial IEP  ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **Level III**

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral _____
Rdg./ Written _____
Instrument: _____
Date: _____

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 15 | 15 | hr | week | Special Education Teacher | 09/01/2004 | 10 | mos. |
| Speech Therapy | | 1 | 1 | hr | week | Speech Language Pathologist | 09/03/2004 | 10 | mos. |
| TOTAL | | 16 | 16 | Hours Per Week | | | | | |

## V. Disability(ies)

Learning Disability
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%
Percent of time NOT in a Regular Education Setting **49%**

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

X Alice Peak — A. mom — X Alice Peak
Tavia Foster  SES/LEA
Vanessa Lykes
Kathleen Shaw
Sharron M. Mitchell

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature X  Alice Peak  Date **7-12-04**

District of Columbia Public Schools  07-02-2001  Division of Special Education  Appendix - A  IEP Page 1 of 4

| Student Name | Michael Peak | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9076039  DOB 12/23/96 | Attending School | Malcolm X | Page 2 of 4 |

### VII. Present Educational Performance Levels in Areas Affected by the Disability

**Academic Areas: (Evaluator)** Kathleen M. Shaw

**Math Strengths:**
Basic facts – addition, subtraction

**Impact of disability on educational performance in general education curriculum:**
multi-digits renaming, regrouping

**Reading Strengths:**
Recognizes basic words

**Impact of disability on educational performance in general education curriculum:**
Comprehension, Listening comprehension, oral language

*Additional Comments:*
Score(s) When Available
- Math Cal. 1.0
- Math Rea. 13.3
- See goal page:
- Date: 7/9/04
- Rdg. Com 1.0
- Rdg. Basic 1.1
- Written Ex. K.8
- See goal page: 1, 2, 3
- Date: 7/9/04

**Communication (Speech & Language) (Evaluator)** Sharron M. Mitchell MA CCC SLP

**Strengths:**
Receptive language, articulation, vocal, fluency and pragmatics

**Impact of disability on educational performance in general education curriculum:**
Expressive language, expressive vocabulary, and auditory memory skills impact ability to relay information coherently in the classroom setting

Score(s) When Available
- Exp.Lang. CELF-67
- Rec-Lang. CELF-92
- Artic WNL
- Voice WNL
- Fluency WNL
- Exp. Voc. EOWPVT-83
- Rec. Voc. ROWPVT-87
- See goal page: 4, 5
- Date: 7/14/04

**Motor/Health (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s)/Results When Available

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)** Kathleen M. Shaw
**Strengths:**
Arithmetic, Similarities, Block Design, object assembly,

**Impact of disability on educational performance in general education curriculum:**
Comprehension, Vocabulary, Picture Arrangement

Score(s) When Available
- VIQ 84
- PIQ 74
- FSIQ 77

See goal page:
Date:

**Prevocational Skills: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name | Michael Peak | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9076039  DOB 12/23/96 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES** | Additional Comments: | Goal Number: 1

Area addressed by goal: Academics (Mathematics)

ANNUAL GOAL : (including mastery criteria.)

The student will demonstrate one year's growth in mathematics skills by mastering short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| With minimal assistance, the student will count, read, write and order whole numbers to 50. | | Monthly |
| When presented with mathematics problems horizontally and vertically, the student will add and subtract their values with 80% accuracy. | | Monthly |
| When presented with coins of varied amounts, the student will identify coins and their values with 80% accuracy. | | Monthly |
| When presented with objects of various shape, size, or amount, the student will collect, organize and record data in graphs with 80% accuracy. | | Monthly |
| With minimal assistance, the student will be able to skip count by 2's, 5's, and 10's and be able to apply the skills when computing varied amount with 80% accuracy. | | Monthly |
| When presented with pictures of analog or digital clocks, the student will tell time to the near hour, half-hour, quarter-hour, and minute with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   (Test)   (Documented Observation)   (Report)   Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4



| Student Name | Michael Peak | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9076039   DOB 12/23/96 | Attending School | Malcolm X | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: 2 |
|---|---|---|

Area addressed by goal: Academics (Reading)

ANNUAL GOAL: (including mastery criteria.)

> The student will demonstrate one year's growth in reading skills by mastering short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| When read stories of varied length, the student will retell story events in correct sequence using details with 80% accuracy. | | Monthly |
| When attempting to decode unfamiliar words, the student will demonstrate the ability to use phonics, sound symbols in words with 80% accuracy. | | Monthly |
| On a weekly basis, the student will learn new vocabulary terms and be able identify and apply newly learned words when reading, listening, speaking, or writing with 80% accuracy. | | Monthly |
| From text read, the student will differentiate between reality and fantasy with 80% accuracy. | | Monthly |
| From text read, the student will identify the main idea from stories read using picture cues or verbal prompts with 80% accuracy. | | Monthly |
| From stories read, the student will answer simple comprehension questions with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    (Log)    Chart    (Test)    (Documented Observation)    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Michael Peak | | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12.23.96 | Attending School | Malcolm X | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: 3 |
|---|---|---|

Area addressed by goal: Academics (Written Expression)

ANNUAL GOAL: (including mastery criteria.)

The student will demonstrate one year's growth in written expression skills by mastering short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| On lined paper, the student will formulate upper and lower case letters using the correct spacing, alignments and sizing with 80% accuracy. | | Monthly |
| When reading and writing, the student will identify and use common spelling patters (including possessives, contractions, diagraphs, etc) with 80% accuracy. | | Monthly |
| With minimal assistance and from memory, the student will write familiar words correctly with 80% accuracy. | | Monthly |
| When given a model, the student will write simple sentences beginning with a capital letter and ending with the correct punctuation with 80% accuracy. | | Monthly |
| | | |
| | | |

EVALUATION PROCEDURE(S)

Portfolio    Log    Chart    (Test)    (Documented Observation)    (Report)    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| | |
|---|---|
| Student Name: Michael Peak | Managing School: Malcolm X ES |
| Student ID Number: 9076039   DOB: 12/23/96 | Attending School: Malcolm X ES |

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**   Additional Comments:   Goal Number: 4

Area addressed by goal: Communication

**ANNUAL GOAL:** (including mastery criteria.)

Michael will improve expressive language and expressive vocabulary skills as measured by mastery of the following short-term objectives across 4 of 5 observations sampled

Provider(s): Speech and Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Using curriculum related/content area vocabulary terms will: | | Monthly |
| a.) orally define the words | with 80% acc. | |
| b.) use these words to complete or formulate grammatically correct sentences | with 80% | |

**EVALUATION PROCEDURE(S)**
Portfolio    Log    Chart    Test    Documented Observation    Report    (Other) Pathologist notes

| Student Name | Michael Peak | Managing School | Malcolm X ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9076039  DOB 12/23/96 | Attending School | Malcolm X ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Area addressed by goal: __Communication__    Goal Number: 5

ANNUAL GOAL: (including mastery criteria.)

Michael will improve receptive abilities as measured by use of the following strategies in both the general and special education settings and across 4 of 5 opportunities sampled.

Provider(s): General Education Teacher, Special Education Teacher, SLP

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| • Respond to an adult provided cue, signally to coming of important information or instructions in 4 of 5 trials. | | Monthly |
| • Rehearse/repeat instructions/information verbally in 4 of 5 trials | | Monthly |
| • Ask questions to clarify missed information/instructions in 4 of 5 trials. | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    (Other) Anecdotal notes

| Student Name | Michael Peak | | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12/23/96 | Attending School | Malcolm X | Page 4 of 4 |

Additional Comments:

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?   Yes   (No)

Explanation for removal out of regular education classroom.

Student requires small structured environment to accommodate disabilities.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Check and list modifications and/or accommodations for testing:   None needed
- Timing/Scheduling: extended time, break tasks into parts
- Setting: preferential seating, reduced, minimized directions
- Presentation: repeated directions, gain student's attention prior to giving directions or when presenting new information
- Response:
- Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I Tested with non-disabled peers under standard conditions without accommodations.

Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level V Portfolio:

Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:   Modifications:

- (Reading)
- (Mathematics)
- (Written Expression)
- Other:
- None

- Physical/Sensory
- Social Emotional
- Physical Development

- Transition
- Vocational
- Independent Living
- (Speech/Language)

- Language Arts/English
- (Social Sciences)
- Biological & Physical Sciences
- (Fine Arts)

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education | reject |  |
| Combination General Education and Resource Classroom | accept | time away from non-disabled peers in academic setting |
| Out of General Education | reject |  |
|  |  |  |
|  |  |  |

Modification(s)/Accommodation(s) to address the harmful effects:

Participation in non-academic subjects with non-disabled peers.

Location for Services:   Malcolm X

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 4 of 4

Complete and attach to MDT/IEP meeting notes

| | |
|---|---|
| School: Malcolm X ES | Principal: Mr. Kimbrough   Special Education Coordinator: Taiya Gregory |
| Date: 8.12.04   Case Manager: Tavia S. Foster | Technical Support Supervisor: Cynthia Bell |
| Student: Michael Peak   DOB: 12.23.96   Age: 7   Grade: 2   ID#: 9076039   SSN#: |
| Parent: Alice Peak   Telephone (H): 202.561.9561   (W): |
| Address: 1397 Congress St., #4   SE   #4   Washington   DC   20032 |

REFERRAL SOURCE: (Check) ☒ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA
☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other

Previous least restrictive environment (LRE Setting): General Education

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Extended time<br>Break tasks into parts<br>Preferential seating<br>Reduced, minimized directions<br>Repeated directions | Current IEP | Yes ☒ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☒ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments | Yes ☒ | |
| | Medical Reports | Yes ☐ | No ☒ |
| | Clinical Reports | Yes ☐ | No ☒ |
| | Psychiatric Reports | Yes ☐ | No ☒ |
| | Medications | Yes ☐ | No ☒ |
| | Attendance Record | Yes ☒ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| Date of Referral (DCPS) 2.5.04<br>Eligibility Date 8.12.04<br>IEP Date 8.12.04 | N/A |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21% and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
**DIRECTIONS:**

| If two or three boxes are checked in the Row 1, check LOW.<br>If two or three boxes are checked in the Row 2, check MODERATE.<br>If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |
|---|---|

### 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001                                      Attention: Technical Support Supervisor / PERM Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
☒ Initial Evaluation
☒ Initial Placement
☐ Reevaluation
☐ Change in Category Exit
☐ Related Service Add
☐ Related Service
☐ Change in Placement
☐ Other _____

Date _____ 8/12/04 _____

Student _____ Michael Peak _____ DOB _____ 12/23/96 _____

School _____ Malcolm X ES _____

Current Disability Category _____ Learning Disability _____

Setting _____ Combination General Education and Resource Classroom _____

Dear _____ Ms. Alice Peak _____

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
☒ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

☐ Your child is not eligible for special education service(s).
☒ Your child is eligible or continues to be eligible to receive special education services as a student with _____ Learning Disability _____
☒ Your child will begin receiving _____ Speech and Language _____ as a related service(s).
☐ Your child will no longer receive _____ as a related service(s).
☐ Your child's category of disability is being changed from _____ to _____
☐ Your child's alternative placement on continuum (next setting) is being changed, from _____ to _____
☐ Your child is no longer eligible and will be exited from the special education program.
Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT met to review all of the documentation and the following setting was proposed for the student: Combination general education and resource classroom at Malcolm X Elementary School.

**Description of Other Options Considered and reasons for rejection of each option**

Based on the documentation reviewed by the team at the MDT meeting, it was determined that the student could not be educated in the general education setting or the out of general education classroom: Documentation demonstrates that the student can access the general education curriculum in a combination setting / part-time with non-disabled peers.

Other relevant factors to the decision - _____

MDT Members:
☐ Principal or Designee    ☒ General Education Teacher    ☒ Psychologist
☒ Parent                   ☒ Special Education Teacher    ☐ Other: _____
☐ Student                  ☐ Speech and Language
☐ Social Worker            ☒ *LEA & Interpreter (*may be one)

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or if you have questions regarding the Procedural Safeguards,
please contact _____ Ms. Gregory _____ at _____ 645-3409 _____ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**INITIAL PLACEMENT**

Student ____Michael Peak____ DOB _12/23/96_ Age _7_ Meeting Date _8/12/04_

Address _1397 Congress Street, SE #4 Washington, DC 20032_ Telephone (W) _____ (H) _202-561-9551_

Dear Parent:

You have been provided a copy of the "Procedural Safeguards - Parents Rights" booklet. We would like to remind you at this time that:
  Granting consent is a voluntary action on your part;
  this consent may be revoked at any time although the school district require necessary action to provide appropriate service(s) and may be required to initiate due process procedures to obtain consent; and
  by granting consent in writing, you are agreeing to the process indicated below.

_X_ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at _____Malcolm X ES_____ school, for:

__ 0%-20%,     _X_ 21% - 60%,  or   __ 61%- 100%,

**Parent Response Section:**

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

_____Alice Peak_____       _____8/12/04_____
Parent/Guardian Signature      Date


District of Columbia Public Schools     Division of Special Education      April 30 2001
Consent for Initial Placement