

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
www.k12.dc.us

Malcolm X Elementary School
1351 Alabama Avenue, S.E.
Washington, D.C. 20032-5047
202-645-3409, fax: 645-7219

## Anecdotal Data
## Counselor Observation

Name: Michael Peak
Grade: 3
Date: 2004-2005 SY

Gender: Male
Teacher: Ms Gilchrist(GK)
Age: 8

**The counselor observed the following behaviors in the classroom, playground and hallways:**

*Frequently yelled and talked out loud, screamed excessively and made unnecessary comments while the teacher was talking
*Disrespected school staff, when asked to use appropriate behavior
* Easily frustrated and resentful, when he couldn't have his way
*Defied adult request and school rules
*Unruly, threw rocks and glass. Refused to go in the building after recess
*Impulsive, moved frequently around the room, touched classmates belongings
*Walked out of class, had no regard for consequences, when told he would lose his recess
*Interrupted the reading group
*Pushed and kicked objects when angry (doors), knocked books off desk
*Constantly had to be encouraged and redirected to complete tasks
*Had numerous fights with classmates and other students
*Many times student was removed from his classroom for disrupting the learning process (during times there were substitutes teachers in his class)

Signature & Title: Pamela Jones, Counselor    Date: 6/2005

*Children First*