@004

*Note requested date*

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same. This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

...eral law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent ...d ation may be beneficial in your case. Please indicate your decision:

__ I REQUEST MEDIATION    __ I REQUEST MEDIATION AND A HEARING    **X** I REQUEST A HEARING

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

...dent Name: _Michael Peak_                              DOB: _12/23/96_

...dress: _1397 Congress St #4  20032_

...sent School of Attendance: _____      Home School: _____
                                          (Neighborhood school where child is registered)
         _Malcolm ±_

...MPLAINT IS MADE AGAINST: _DCPS_
                          DCPS and/or D.C. Public Charter School-specify charter school

### ...VIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

...: _Alice Peak_

...ress: _same_

...ne: (H) _____    (W) _____    (Fax) _____

...tionship to Student: __ Parent  __ Self ✓ Legal Guardian  __ Parent Surrogate  __ Public Agency

### ...ENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

...: _Carolyn Houck_    Phone: (W) _301-951-0748_ (Fax) _301-951-47..._
...ess: _5505 Connecticut Ave NW #174 Washington DC_
                                              _20015_

                                                        mp 10

...m 101

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing) Please indicate whether you are available in the AM, PM, or both on the identified dates.

...arings: _no more hearing please_ _August 10, 11, ___

...ediation:

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES ... THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICAT... ...TE YOUR WAIVER OF YOUR RIGHT TO A HEARING ...FFICER DETERMINATION WITH 45 DAYS OF THE R...  REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFF... ...EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 D...  TO 45 DAYS AS IS POSSIBLE).

FOR STUDENTS ATTENDING ETS OR ROCK CREEK... ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE... INDICATE YOUR WAIVER OF YOUR RI... ... A HEARING WITHIN THAT PERIOD.

Every effort will be made to accommodate your re...... dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date ...of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing... ...dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days f.... ......... ...your request is received and docketed by the Student ........ Off...

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or n a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at ...ast five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

Interpreter
___ Foreign Language _____
___ Sign Language _____
___ Other _____

...rm 101

Special Communications _____
Special Accommodation for Disability _____
Other _____

In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

Describe the nature of the problem:

*See attached page*

Describe issues to be addressed at the mediation and/or hearing, with specificity:

*See attached page*

Describe relevant facts relating to the problem:

*See attached page*

State how you would like to see the problem corrected:

*see attached page*

*Carolyn Houck, Attorney for parent*                    29
_____          6/28/05
Signature of Applicant/Parent (Required)                    Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002          FAX: (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                        Revised 02/01/2003

101                                                  02/01/2003

## ATTACHMENT TO HEARING REQUEST
### June 29, 2005

**Student:**     **Michael Peak**
 **DOB:**         **December 23, 1996**

**Nature of the problem and issues to be addressed at the hearing:**
1. Failure to evaluate in all areas of suspected disabilities;
2. Failure to perform occupational therapy evaluation pursuant to DCPS psychologist's recommendation;
3. Failure to develop adequate and accurate IEP;
4. Failure to implement IEP (failure to provide specialized instruction and related services);
5. Failure to provide due process rights when suspending Michael;
6. Failure to provide appropriate placements for several school years
7. Failure to provide appropriate placement for school year 2005/06.

**Relevant facts relating to the problem/background** (information provided for school year 2004/05): Michael Peak attends Malcolm X Elementary School where he is currently in the third grade. He was promoted to the third grade even though he cannot read. Michael walks the halls at school all day every day and has been suspended one time for fighting. The grandmother is called to the school to pick him up on an almost daily basis. Feeling like the school was taking advantage of her proximity to the school, the grandmother began refusing to pick him up. The school is now insisting that she come to the school to assist the teachers in dealing with Michael's behavior.

Michael's teacher reported to the grandmother that she never sees Michael in class. She does however; see his jacket and books in the classroom. That is because Michael is off walking the halls. His grandmother goes to the school and walks the halls herself, attempting to make sure Michael is in class. Michael's older sister is often asked to assist with Michael's behavior as well.

Michael's IEP identifies him as requiring part-time special education as a learning disabled student. This is probably not an accurate classification. Michael requires a clinical evaluation as soon as possible.

**Proposed resolution:**
1. DCPS to fund Michael's placement in a private school identified by the parent for school year 2005/06;
2. DCPS to fund independent clinical, functional behavioral, occupational therapy, and social history evaluations;
3. DCPS to develop an adequate and accurate IEP;
4. DCPS to provide compensatory education.