

**Malcolm X Elementary School**
1351 Alabama Avenue, S.E.
Washington, D.C. 20032-5047
202-645-3409, fax: 645-7219

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
www.k12.dc.us

# Anecdotal Data
## Weekly Observation

**Name:** Michael Peak  **Gender:** Male
**Grade:** 4th            **Teacher:** Ms Gilchrist
**Date:** 9/16/05         **Age:** 8

* student refuses to go to assigned homeroom or special education classroom
* continues to ignore adult request and school rules
* throws objects at classmates
* refused to go in the building after recess
* does not follow directions
* walks out of class
* hides in empty classrooms
* constantly has to be encouraged to remain on task
* hits classmates

Signature & Title: _____  Date: 9/16/05

*Children First*