Elementary-Secon

## REFERRAL OF CASE TO PRINCIPAL
Report on Behavior Problem

School **Malcolm X ES**                                          Date **9/12**, ~~20~~

**Michael Peak**              **4th**              **Ms. Hawkins**
Name of Pupil          Section or Grade        Section or Grade Teacher

Secondary _____   Classroom Teacher **Ms. Hawkins / Mr. Ant**
          Subject

C.A. _____ M.A. _____ I.Q. _____ Reading _____ Math _____ General Work _____

Referred to **Counselor, Administration**

Reasons for Referral*  Michael threw a bottle water at another student and hit her. He started off by playing with her by ~~telling~~ talking to her in a negative way. He then started to tear up the classroom by kicking on the furniture and throwing things. I called his name 6 times and he still

*Give specific acts, including dates. Attach anecdotal record. did not respond. He started chasing Shanita around the room. I went to stop him

Corrective Measures Taken by Teacher  from running and he bit me on my arm. He was upset when I informed him that I was going to write a DI on him. He then walked out of the classroom.

_____
Signature of Principal

Student Name: _____

## Malcolm X Elementary School
## Anecdotal Data

Please check the appropriate area of concern(s):

___ Attendance   ___ Academic   ___ Personal Hygiene   ___ Social/Emotional
___ Tardiness    ___ Other: _____

| Date | Specific Behavior Concern | Strategy Used | Successful |
|------|---------------------------|---------------|------------|
| 9-12-05 | Hitting on another child; being resistant when told to stop; walk out of room; destroyed room by throwing and knocking things off shelf. | Asked him to stop and sit down and relax; he refused; after he destroyed the room he did clean it up afterwards; and apologized for his behavior | Yes / No (multiple rows, mostly No) |
| 9-15-05 | When picked up by Ms. Deborah in the morning, Michael refused to come to class; he was stretched out on the floor refusing to get up. | When I was informed I went to find Michael to see what was wrong. I could not find him. I reported it to the office. Ms. Jones brought him to me around 9:55 AM | Yes / No (multiple rows) |
| 9-16-05 | Ms. Jones brought Michael to me in the afternoon. Michael started off well but then when Precious had said something to him | I called for Michael to come and sit down next to me to cool off but he choose to kick the furniture | Yes / No |

Signature & Date: _____

Student Name: _____

# Malcolm X Elementary School
## Anecdotal Data

Please check the appropriate area of concern(s):

____ Attendance   ____ Academic   ____ Personal Hygiene   ____ Social/Emotional
____ Tardiness    ____ Other: _____

| Date | Specific Behavior Concern | Strategy Used | Successful |
|---|---|---|---|
| 9-16-05 | he instantly received an attitude and started chasing Precious around the room, and picking up things to throw at her. He kicked the desk, I sent Precious out of the room. He then walked out of the room with Devon, and Kayvon Clayton to go find Precious. He then returned messing with another student (Dewayne). He threw Legos, wooden blocks, books, and plastic dinosaur toys and hit Dewayne several times. Dewayne did not touch or say anything to Michael. I called the office to come and get him. Mrs. Kimbrough | and find things to throw at Precious. He did walk out of the room to find Precious after I sent her out of the room. | Yes No (repeated) |

Signature & Date: _____

| | and then he started to | turned call | Yes No |

Student Name: _____

# Malcolm X Elementary School
## Anecdotal Data

Please check the appropriate area of concern(s):

___ Attendance  ___ Academic  ___ Personal Hygiene  ___ Social/Emotional
___ Tardiness  ___ Other: _____

| Date | Specific Behavior/Concern | Strategy Used | Successful |
|---|---|---|---|
| 9-20-05 | Michael came in the room and started on his assignment. He participated with the warm-up. When we moved on to spelling he did the first 5 problems and then he started to wonder around the room. He then started to stand up on the furniture and look over the petition and started talking to the other students. I asked him to get down several times and he continue to stand and talk over petition. He was walking around messing with other students he took a pair of scissors off my desk and started walking around threatening other children with the scissors. He walked out of the classroom. | Called his Grandmother and left message. Received no returned call by end of day. Notified office of his walking out of the room. | Yes No (circled) / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No / Yes No |
| | Continued to move | | Yes No |

Signature & Date: _____

Student Name: Michael Plak

# Malcolm X Elementary School
## Anecdotal Data

2:30pm

Please check the appropriate area of concern(s):

____ Attendance   ____ Academic   ____ Personal Hygiene   ✓ Social/Emotional
____ Tardiness    ____ Other: _____

| Date | Specific Behavior/Concern | Action Taken | Successful |
|---|---|---|---|
| 9/21/05 | After reading in | | Yes / No |
| | the reading group | | Yes / No |
| | Michael received | | Yes / No |
| | free time. He started | | Yes / No |
| | but playing with the | | Yes / No |
| | legos and cars | | Yes / No |
| | then about 10 mins | | Yes / No |
| | into playing he | | Yes / No |
| | came as somehow | | Yes / No |
| | took my cellphone | | Yes / No |
| | off my desk to make | | Yes / No |
| | a call to Ms. Palmer | | Yes / No |
| | When ask to bring | | Yes / No |
| | my phone back | | Yes / No |
| | he started to play | | Yes / No |
| | with my camera | | Yes / No |
| | on my phone. He | | Yes / No |
| | continued to move | | Yes / No |
| | away from me as I | | Yes / No |
| | was coming toward him | | Yes / No |
| | to get my phone. I had | | Yes / No |

to ask another teacher to use her phone to
let him know I was going to call
his grandmother. He still continued
to play with the phone. It took me
about 30 mins to get my own phone. (Ms. L. Dec)

Signature & Date:

9:50AM

Student Name: Michael Peak

## Malcolm X Elementary School
## Anecdotal Data

Please check the appropriate area of concern(s):

___ Attendance    ___ Academic    ___ Personal Hygiene    ✓ Social/Emotional
___ Tardiness     ___ Other: _____

| Date | Specific Behavior Concern | Strategy Used | Successful |
|------|---------------------------|---------------|------------|
| 9-21-05 | Michael came in the room and started his warm-up. He moved closer to the board so he could see. When he sat over at the table with the other children he started to say things to them. They continued to ignore him. He then walked over to get the trash can so he could sharpen his pencil and he walked by Shanila desk and hit her paper with his fist. She asked him to stop - he refused. He then walked over to sharpen his pencil. He walked over to the chalkboard | Called his Grandmother to let her know what he was doing. She came to School and pulled him out of class to talk with him. | Yes ~~No~~ (all rows marked Yes) |

Signature & Date: and start erasing the work on the board while the students were still working. He then started moving the board across the classroom. I asked him to put the board back and he left the board his new desk and went to mes student

9/21/05 - con't

student notebook files and pick out his notebook and walked out of the class. I notified the office of him leaving the class and having my school information. He came back into the room and threw the notebook all the way across the room at my desk and knock over all the things on my desk. I was dealing his Grandmother's number as he was doing this. He then walked to the back of the classroom and started to stand on the furniture looking over into the other class. When Mr. Owens came into the class he was standing on the desk leaning over the chalkboard (dry erase board). He was asked to get down by Mr. Owens and he still remain standing on desk. Mr. Kenbrough then came in with his grandmother and two other adults.

I inform the grandmother that he was fighting Precious earlier after throwing pencils at her while she was sitting down doing her work, he continued throwing items at her.

Michael continued the same behavior after his Grandmother left. He was back to doing the same thing again.

Ms. Hawkins

Student Name: **Michael Peak**

# Malcolm X Elementary School
## Anecdotal Data

Please check the appropriate area of concern(s):

___ Attendance  ___ Academic  ___ Personal Hygiene  ✓ Social/Emotional
___ Tardiness   ___ Other: _____

| Date | Specific Behavior Concern | Strategy Used | Successful |
|------|---------------------------|---------------|------------|
| 9/30/05 | When I picked Michael up from class he was yelling and making animal noises in the hallway. When we got to my classroom he started messing with the children while they were completing their warm-up. He said threatening things to the children such as "I have a gun in my bag I will pull it out and shot you". He continues to go in my desk drawer and remove things out of it. When I said that I was going to call his grandmother he immediately got more upset and started to block my closet where my purse is so I wouldn't get my phone. | | Yes No (repeated) |

Signature & Date: _____

He took a chair from the room and placed it in front of the open door and stood on it so he could swing from the doorway disturbing my class and Ms. Providence class across the hall. I then called his grandmother to inform her of the behavior and he came and jumped on my desk to stop me while I was sitting at my desk. He walked across the desk and knocked all my papers off my desk. I left a message for his grandmother in regards to his behavior. After leaving a message for his grandmother he sat on the floor by my desk. He started to argue with a 5th grade student talking about the students' mother + grandmother. He threaten the student by saying how he was going to shot him with a gun and his mother + grandmother will be shot as well. He threaten to cut the student with the scissors he had in his hand.

(5:10 pm)
After working Michael outside for recess, he somehow got back in the building and came into my room and went to my desk drawer and took another students cell phone out my drawer. When informed by Ms. Providence that he was in my room during the time I closed my drawer and the phone was gone. I went to his homeroom class

around 2:10pm to see if Michael had taken the cell phone. When I went to his classroom he stated he didn't take the phone out of my drawer. I spoke with his grandmother around 2:05pm.

Student Name: Michael Peak

# Malcolm X Elementary School
## Anecdotal Data

Please check the appropriate area of concern(s):

___ Attendance    ___ Academic    ___ Personal Hygiene    ___ Social/Emotional
___ Tardiness     ___ Other: _____

| Date | Student Behavior/Concern | Strategy Used | Successful |
|------|--------------------------|---------------|------------|
| 10/3/05 | Michael morning started off okay. He started working on the warm-up but only completed about 4 problems out of 12 before he started to disturb the other children. He walks around the room saying things to the other children while they are working. He then starts to throw things at the children. He will go and get some "legos" from the play area and start throwing things at the other children. When a students says something back to him | | Yes No (repeated for each row) |

Signature & Date: _____

day.

he then start to run like someone is going to chase him. Warn him to stop playing and to have a sit but he still continues to run around and play. When I informed him that I was going to call his grandmother he started to pull on me to stop me from calling his grandmother. He tried to grab my cell phone out of my hand. Ms. Selma and I had to tell him to move away from me. He knocked over some books and rolled the puzzle shelf around the room and the puzzles fell off. I asked him to clean up the mess but he refused and went and sat on the floor. When the other children were dismissed he then started to clean up the room.

2:00 - His sister returned the missing cell phone to me. She informed me that everything was taken care of and he got in trouble that day.

# Malcolm X Elemen
## Anecdotal Data

Please check the appropriate area of concern(s):

___ Attendance  ___ Academic  ___ Personal Hygiene  ___ Social/Emotional
___ Tardiness  ___ Other: _____

| Date | Specific Behavior/Concern | Strategy Used | Successful |
|---|---|---|---|
| 10/4/05 | Michael had a busy morning. He continues to disrupt the class in any way he can, from making noises, to bothering the other children. He was "off" from the time I picked him up from class. He did some work and some he did not do. | Michael had to come and sit next to my desk. That seem to work for about 15 mins but after that he continued to do his usual. | Yes/No (multiple rows, mostly No circled) |
| 2:00pm | Michael came down to my classroom. I informed him that he had to go back upstairs to his class and he refused. I | | Yes/No |

Signature & Date: _____

would not let him in my room so started playing with in the hallway around my door disturbing the other classes. Ms. Watts called down to the office for someone to come and get him to take him back to class. He in turn went over to Ms. Miller class next door to mine and stood on his painting center table to look over the wall into my class and he hit his head on the wall TV stand and hit his head. When [Ms. ...] came upstairs to see what was going on I informed her of Michael standing up on the desk and hitting his head. He had a small bump on his head and in a few [minutes] took him to the nurse. He did not [return] back that afternoon.