# Anecdotal Data
## Monthly Observation

**Name:** Michael Peak  
**Grade:** 4th  
**Date:** 10/05

**Gender:** Male  
**Teacher:** Mr. Anthony  
**Age:** 8

* refuses to go to assigned homeroom
* ignores adult request
* ignores school rules
* destroys school property
* plays in the halls
* walks out of class without permission
* hides in empty classrooms
* hits classmates
* turns lights on and off
* stood on the piano on the stage

Signature & Title: _Pamela Jones, Counselor_   Date: 10/31/05