9/9 Michael absent two days this week

9/18 Michael suspended from school for one day for running Kali's

10/07 - Michael stole two cards out of my desk and cards were found in his pocket

10/18 Michael continued to delay class and run hallway - Michael has only been in class twice since Ash of year started!

R.A.F.
4th grade teacher
05-06
School year