DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
~~(IEP)~~ MDT
MEETING NOTES

STUDENT: Michael Peak   SCHOOL: Malcolm X   DATE: 11-7

| PARTICIPANTS | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Pamela Jones | Pamela Jones | School Counsel. |
| Sharon Millis | Sharon Millis | SEA Advoc |
| Ronald Anthony | R. Anthony | General Ed. Te |
| Pamela Hawkins | Pamela Hawkins | Spec. Educ. Teac |
| Sabrina Pinnock | By Phone | Speech Path |
| Taiya Gregory | N/A | LEA |

The purpose of this meeting is discuss concerns as it relates Michael Peak and his current progress. The team will develop a student evaluation plan if necessary. All parties were introduced. Please note that guardian is not ~~avail~~ present at the meeting and the parent's advocate, Sharon Millis, stated that she is acting in the of the guardian. A procedural manual for parents were received and signed for by the parent.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

MP 3

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
STUDENT EVALUATION PLAN
(SEP)

MDT SEP

MEETING DATE: 11/07/2005

STUDENT: Michael Peak  DOB: 12/23/1996  AGE: 8  GRADE: 04  SCHOOL: Malcolm X Elementary
STUDENT IDENTIFICATION NUMBER: 9076039  TEACHER / HOMEROOM: Ronald Anthony
ADDRESS: 1397 Comngress St SE Apt 4  SE  Washington  DC  20032
PARENT(S)/GUARDIAN: Ms. Peak / Attorney  TELEPHONE (H): 2025619551  (W):

**Summarize Area(s) of Concern:** Michael has been experiencing severe emotion[al issues] this school year which has hinder his abili[ty] and those of others to perform academically.

**Team Recommendations:** The team recommends a clinical, occupatio[nal] and and Functional Behavioral assessment to determine current disability classifica[tion]

*Please note clinical should include ~~made~~ assessm[ent] for ADHD.

EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☐ Psychological | | | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☐ Educational | | | | |
| Occupational Therapy | TBD | TBD | 11-7-05 | |
| ☐ Hearing Screening | | | | |
| ☒ Other: Clinical (N. Zeitlinger) | TBD | | 11-7-05 | 1-6-06 |
| Functional Beh. Assessment FBA | | | 11-7-05 | |

| TEAM MEMBERS: NAME | POSITION | TEAM MEMBERS: NAME | POSITION |
|---|---|---|---|
| Alice Peak | Parent/Guardian | Vaughn Kimbrough | Principal or Designee |
| Pamela Hawkins | Special Ed Teacher | Pamela Jones | Spec. Edu. Ser. / School Counse[lor] |
| Ronald Anthony | General Ed Teacher | Sharon Mills | SpEd Assoc. |
| Taiya Gregory | LEA Representative | | |

The MDT meeting to discuss the evaluation results is scheduled on 01/25/2006 at 10:00 in room TBD

Place completed form in MDT folder.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

STUDENT: Michael Peak      SCHOOL: Malcolm X Elementary      DATE: 11/07/2005

Caregiver's concern as recorded by advocate - that Michael is having difficulty managing in the classroom. He has difficulty w/ attention to task and has not received OT as recommended. Advocate request clinical and functional behavior assessment.

Special Education Teacher Notes
Michael is a very bright child. He likes when he recieves one on one attention. His behavior over the past year has changed over the years. He is very attention seeking. He does not stay focus in class, he continues to disturb the other children while they are working. He does like Math. He prefers you to read to him and then he answer the questions orally. When he pays attention in class he is a bright student. He likes to touch items that does not belong to him. Michael works out a 1st grade spelling book and he does well with his spelling assignments. He also passes his spelling test on Fridays. He does need to be re-directed frequently. I do believe that he is capable of improving his academic skills if he stay focus and on task.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

STUDENT: Michael Peak    SCHOOL: Malcolm X Elementary    DATE: 11/07/2005

**General Education Teacher**

Emotional concerns; Michael requires alot of attention. His behavior is a huge concern. Michael also has a problem with attending my class. He is caught running the halls and has to be directed to class on a daily basis.

**School Counselor** - see attached

Michael has demostrated severe emotional issues, such as; yelling, screaming in the halls. Throwing rocks, turning lights on and off. Walking in the halls and refusing to go to his regular ed. and special education classes, Physical fights, pushing and kicking chairs & books when angry or upset. He defies school rules and adult request to refrain from negative behaviors.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT MEETING NOTES    APPENDIX - A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

STUDENT: Michael Peak   SCHOOL: Malcolm X Elementary   DATE: 11/07/2005

Speech Pathologist - Indicates that Michael is doing well in speech is at about 65-70%. She does not have major behavioral difficulties.

The team recommends additional assessments to determine accuracy of current disability

Team recommends addition of psycho-social counseling to address; Concerns are that Michael has thoughts of morbidity and has ideation that are both homicidal and suicidal; the team will immediately refer parent for mental evaluations and refer to crisis team via department of mental health if any ideations present themselves during the course of the school day.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of 4

Addendum — Additional Comments: ☐
to current
IEP 11-25-05

**I. IDENTIFICATION INFORMATION**

Student Name: Last **Peak** First **Michael** MI

Student ID **1211603**  Age: **3** Grade **4th**
Sex: M ☐  Date of Birth **4/20/96**  Ethnic Group **African American**

Address _____
House No.  Street Name  Quadrant  Apartment #

☐ Non-attending
Attending School _____ Home School _____
City  State  Zip Code

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent
Address (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate

House No.  Street Name  Quad.  Apt. No.  City  State  Zip Code
Telephone: Home _____ Work _____

**II. CURRENT INFORMATION**

Date of IEP Meeting: **11-7-05**
Date of Last IEP Meeting: _____
Date of Most Recent Eligibility Decision: _____

Purpose of IEP Conference:
☐ Initial IEP           ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: _____

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

**III. LANGUAGE**

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | | | | |
| Parent | | | | |
| Home | | | | |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment
Oral _____
Rdg./ Written _____
Instrument: _____
Date: _____

**IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY**

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min. D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Psychosocial Counseling | 1.5  1.5 | 1 Hr  W | Social Worker/Psychologist | 11/07/2005 | 10 mos |
| | | | | | |
| TOTAL |  Hours Per Week | | | | |

**Disability(ies)** Learning Disability
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
0-20%   21-60%   61-100%
Percent of time NOT in a Regular Education Setting

**V. IEP TEAM** (Participants in the development of the IEP)   Print and sign your name below.

Ron Anthony
Pamela Hawkins
_____ SEA Advocate
Taiyo H. Green, LEA
Pamela Jones

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature _____ Date _____

District of Columbia Public Schools   07-02-2001   Division of Special Education

| Student Name | Settles | Harry | Home School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9051772 | DOB 6/16/94 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐   Goal Number: ____

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (including mastery criteria.)
Michael will improve his ability function with emotional intelligence in three out of four situations

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will identify 5 positive characteristics about himself in three out of four situations. | | Monthly |
| Michael will identify what sad "looks" and "feels" like with 70% accuracy. | | Monthly |
| Michael will identify what angry "looks and "feels" like with 70% accuracy. | | Monthly |
| Michael will identify situations that make him sad/angry with 70% accuracy. | | Monthly |
| Identify what triggers emote ~~identified~~ negative behaviors with 70% accuracy. | | Monthly |
| Michael will idenify through role play and observation of role play negative behaviors and situations that emote negative behavior | | |

**EVALUATION PROCEDURE(S)**
☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☒ Report  ☐ Other ____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Peak | Michael | Home School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments: ☐    Goal Number: 2

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (including mastery criteria.)

Social Emotional Cont'd

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will idenify through role play and observation of role play ways to positively respond to negative situations with 70% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Sharon Millice for Alice Peak_, received a copy of *A Procedural*
      (Parent/Guardian Name)

Manual for Parents from _Taiya Gregory_ /Title _Special Education Coordinator_
                        (Person Issuing Document)

at _Malcolm X ES_.
   (School)

Manual was available at MS_    11/7/05
                                (Date)

_[signature]_ advocates for

_Alice Peak_
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

16