Michael Peak MDT 11/7/05

Meeting convened for G.T. began at 10:00 SF — stated that the letter of invite was incorrect. Referral made for [?] supposed during summer team, no documentation. OT requested as was a Clinical [?] and an FBA. OT recommended in October.

Documented behavior problems from O4 getting worse. Runs the halls, [?] sees him very little after lunch.

Open space setting makes academics and behavior much worse.

Team feels it is so bad that he does need a full-time therapeutic setting.

Advocate requested a 30 day [?] time line because of the severity of the problem. He has made suicidal and homicidal threats in the school. Disrupts other students learning

MP 4

Direct assessments were requested for the FBA. Advocate did not agree with Social Emotional goal. While the concerns were noted, they were not addressed.

Ms Pratt arrived when meeting ended but I conferenced with her to discuss what the team had done. She indicated the counseling added to the IEP as well as tutoring was supposed to have already started