ABC CHART MS. HAWKINS
CLASS

Name: Michael Peak

Date: November 10, 2005

| Antecedent | Behavior | Consequence |
|---|---|---|
| Working on the Warm-Up and Reading assignment. | Walking around the classroom messing with the other students. Started going thru other Students cubbys when the class ignored him. | Verbal redirection; he was unresponsive to the redirections. Notify the office and Counselor to talk with Michael. |