ABC CHART MS. HAWKINS
CLASS

Name: __Michael Peak__

Date: __November 11, 2005__

| Antecedent | Behavior | Consequence |
|---|---|---|
| Upset about being asked to go to his homeroom class by another teacher. | He was playing in an empty classroom with some other students. Hiding from teachers. | The office was informed of his behavior. Ms. Jones came to get him to send him to class.<br><br>Went to vice principal office for redirection |