ABC CHART MS. HAWKINS
CLASS

Name: Michael Peak

Date: November 14, 2005

| Antecedent | Behavior | Consequence |
|---|---|---|
| Reading Group | Making loud noises while reading group was reading. Throwing objects across the room. | Verbal redirections. No participation in fun activities with class. No Reward for negative behavior. |