# ABC CHART MS. HAWKINS CLASS

Name: Michael Peah

Date: November 15, 2005

| Antecedent | Behavior | Consequence |
|---|---|---|
| Reading/Written Language Lesson | Walked around the classroom making noises and bothering students. Stood on top of furniture looking over into the other classrooms. | Verbal redirection. Very unresponsive to all adults (Ms. Selmar, Ms. Markland & Ms. Hawkins). Notify grandmother. Mr. Owens came in class to take Michael out. |