ABC CHART MS. HAWKIN
CLASS

Name  Michael Peak

November 16, 200_

| Antecedent | Behavior | Consequence |
|---|---|---|
| Good morning during Warm-up | Sat down and did Warm-up assignment Very quiet | Rewarded for good behavior |
| Good afternoon | Played game and worked on puzzle. | Rewarded for good behavior |