ABC CHART MS. HAWKINS
CLASS

Name: Michael Reak

Date: November 17, 2005

| Antecedent | Behavior | Consequence |
|---|---|---|
| Talking back and forth with another student. | Tapped the student so she could chase him. Started running around the room | Verbal redirection. Walked out of room. Notified office. Stayed with administration |
| Picking up things off of my desk | When upset he picks up items off my desk, and play with them or use to try and throw at another student. | Verbal redirection Contacted office |