**ABC CHART MS. HAWKINS CLASS**

Name: Michael Peak

Date: November 18, 2005

| Antecedent | Behavior | Consequence |
|---|---|---|
| Working on Written Language assignment. | Climbing on desk and chairs and bothering the children in Ms. Markland class. Jumped over into Ms. Markland class. | Verbal re-direction did not respond. Call office to inform them of behavior. Mr. Kembrough sent for someone to remove him from the class. |