# ABC CHART MS. HAWKINS CLASS

Name: __Michael Peak__

Date: __November 22, 2005__

| Antecedent | Behavior | Consequence |
|---|---|---|
| Very bad morning running in the hallways with other students | Going into other teachers classrooms and disturbing their classes. Disrespectful to other teachers when they said anything to him. | Verbal warning Contacted his grandmother to inform her as to what was going on |