## ABC CHART MS. HAWKINS CLASS

Name: Michael Peak

Date: November 29, 2005

| Antecedent | Behavior | Consequence |
|---|---|---|
| Upset about not being able to come to my class in the afternoon. | Climbing on desk from Ms. Miller classroom. Making noises outside the door, disturbing my class and other classes. | Verbal redirection. Contacted office and counselor. |