ABC CHART MS. HAWKINS CLASS

Name: Michael Peak

Date: December 6, 2005

| Antecedent | Behavior | Consequence |
|---|---|---|
| Reading Group discussion | Disturbing the other children while they were working. Started throwing things around in the room. | Verbal redirection. Threaten to call his grandmother. His behavior changed after that. |