DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC   ___ DPCS CHARTER   ___ LEA CHARTER   ___ NONPUBLIC   ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 12/15/05    Meeting Held: 12/22/05
Student: Michael Peak   DOB 12/29/96   School: Malcolm X ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Alice Peak | Alice Peak | Guardian |
| Pamela Jones | Pamela Jones | School Counselor |
| Jamie Burse | Jamie Burse for R. Anthony | Literacy Coach/Gen. Ed |
| Pamela Hawkins | Pamela Hawkins | Special Ed Teacher |
| Taiya Gregory | [signature] | LEA, Sped Coord |

✓ Resolved    ___ Unresolved

The purpose of the meeting is to discuss concerns as it relates to timely evaluation of Michael Peak at a meeting held on 11-7-05 the MDT met and determined that Michael warranted a clinical, OT and Functional Behavioral evaluation. Please note that a clinical assessment was completed on 11/21/05 and the report was completed on 12/1/05. An OT evaluation was completed on 12/20/05 and report is pending. FBA data is consistently being collected.

RESOLUTION MEETING NOTES        Page _____        July 11, 2005

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC   ___ DPCS CHARTER   ___ LEA CHARTER   ___ NONPUBLIC   ___ PRIVATE/RELIGIOUS

**RESOLUTION MEETING NOTES Cont'd.**

Meeting Confirmation Date: 12-13-05   Meeting Held: 12-22-05
Student: Michael Peak   School: Malcolm X ES

and will be completed ~~prior~~ by 1-6-05.

The team agrees that placement consideration should be given once evaluations are reviewed. The team agrees that the meeting will take place prior to 1-25-05 with a projected schedule date of 1-16-05.

Mr. Peak notes

RESOLUTION MEETING NOTES                    Page ____                    July 11, 2005



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# FACSIMILE

|  |  |
|---|---|
|  | Date:     2-17-06 |
| **TO:**  Doug Tyrka | Fax No.:  202/265-4264 |
| **RE:**  Michael Peak<br>Resolution Meeting Notes | Tele. No.: 202/265-4260 |
| **FROM:**  Tiffany Puckett, Esq.<br>Attorney Advisor | Tele. No.: 202/442-5000 |

**No. Pages, Including Cover Sheet:**

**COMMENTS:**

---

### CONFIDENTIALITY NOTICE

The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# FACSIMILE

Date: 12-21-05

TO: Doug Tyrka                     Fax No.: 202/265-4264

RE: Michael Peak                   Tele. No.: 202/265-4260
Disclosure Statement and Motion to Compel

FROM: Tiffany Puckett, Esq.        Tele. No.: 202/442-5000
Attorney Advisor

No. Pages, Including Cover Sheet: 

COMMENTS:

_____
_____

### CONFIDENTIALITY NOTICE

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

TOTAL P.007

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, __Alice Peak__ , received a copy of *A Procedure*
   (Parent/Guardian Name)

*Manual for Parents* from __Taiya H. Gregory__ /Title __Special Ed. Coord.__
                       (Person Issuing Document)

at __Malcolm X Elementary School__
      (School)

__12/22/05__
   (Date)

__Alice n Peak__
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

1(