District of Columbia Public
Schools Washington, D.C.

Division of Special Education

# FUNCTIONAL BEHAVIORAL ASSESSMENT

Student: Michael Peak    DOB: 12/23/1996    DATE: 01/04/2006
School: Malcolm X Elementary    Grade: 4    Special Ed Coordinator: Taiya Gregory

**Describe and Verify the Seriousness of the Problem.**

Michael is having significant difficulty embracing the school environment. He often refuses to go to class, absconds from assigned locations and hides throughout the building. He often disrupts the learning of others by insighting conflicts to include teasing, taking items that don't belong to him, rolling on the floor and/climbing on furniture during instructional time. Once negative behavior begins he often becomes fixated with its and refuses redirection. Throws objects and walks around the room during instruction. Invokes others to fighting and/or chasing him

Frequency: Daily - Usually morning    Intensity: Moderate-High    Duration: Varying lengths

**Identify specific characteristics of the behavior that is interfering with learning.**

| Highly disruptive at times | wears coat and hood during school time | destroys classroom materials |
| Hits peers without provocation | extremely impulsive | climbs on furniture |
| Does not respond to authority figures | Inability to respond to redirection | |

Collect Information on: Time when the behavior does/does not occur; Location of the behavior; Conditions when the behavior does/does not occur; Individuals present (when most/least likely to occur); Events or conditions that typically occur before the behavior; Events or conditions that typically occur after the behavior; Common setting events; Other behaviors that are associated with the problem behavior

**What environmental conditions may affect the behavior?**

Death of primary careiver (mother)
abandonment by father
family history

**What does the student view as positive reinforcement?**

Food
Time out of the classroom with one on one adult attention
Computer Time

**What interventions were previously attempted, and what were the results?**

-counseling service - no change
-student/parent/school conference- no change
-behavioral contracting - no change
-positivereinforcement/verbal praise - no change

**Collect Information on possible functions of the problem behavior.**

☒ Direct Assessment
  ☐ Scatterplots  ☒ ABC Charts  ☐ Rating Rubric  ☐ Amount versus quality of behavior
☒ Indirect Assessment
  ☒ Interviews  ☒ Questionnaires  ☐ Surveys

**Analyze Information using triangulation and /or problem pathway analysis.**

Students behavior and emotional functioning level appears to be directly connected to impulsivity and outburst appear to be a result of being asked to follow rules as well as attention seeking. Additionally, environemntal factors to include home, grief and loss may also present itself in the form of isolating, impulsivity and overstimulating. Inability to follow directives appear to be a result of poor coping skillsthat result from environemntal stimulation at both home and school.

**Generate a hypothesis statement regarding probable function of problem behavior.**
**Test the hypothesis statement regarding the function of the problem behavior.**

Michael's behavior appears to be an attempt to disengage himself from the structure of the learning environment while also gaining adult and peer attention simultaneously. Additionally, some behaviors appear to be an attempt to escape his current environment. Michael requires a small- structured environment with therapeutic intervention and support.

District of Columbia Public Schools    07-02-2001    Division of Special

MP9