**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
...itional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last **Peak**    First **Michael**    MI

Student ID: ___
Date of Birth: ___    Soc. Sec. No. ___    Ethnic Group: Black    ___
Address: House No. ___ Street Name ___    Quadrant ___ Apt ___
City: Washington    State: DC    Zip Code: 20___

☐ Non-attending
Attending School: Malcolm X Elementary    Home School: ...lcolm X Elementary
☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Guardian (if different from student):    ☐ Parent  ☒ Guardian  ☐ Surrogate

House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code ___
Telephone: Home 2025614749    Work ___

## II. CURRENT INFORMATION

Date of IEP Meeting: 01/17/2006
Date of Last IEP Meeting: 01/25/2005
Date of Most Recent Eligibility Decision: 08/12/2004

Purpose of IEP Conference:
☐ Initial IEP    ☐ Review of IEP
☒ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: Level III

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)
| ☒ BEHAVIOR | ☐ TRANSPORTATION |
| ☐ ESY | ☐ TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral ___
Rdg./ Written ___
Instrument: ___
Date: ___

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd Ses. Time Total | SETTING SpecEd Ses. Time Total | FREQUENCY Hr./Min D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos |
|---|---|---|---|---|---|---|
| Specialized Instruction | 0  0  0 | 5  5.9  29.5 | Hrs Week | Special Education Teacher/R | 01/18/2006 | 10 Month |
| Speech-Language | 0  0  0 | 1  1.0  1 | Hrs Week | Speech and Language Thera | 01/18/2006 | 10 Month |
| Psychological Services | 0  0  0 | 1  1.50  1.5 | Hrs Week | School Social Worker | 01/18/2006 | 10 Month |

TOTAL HOURS: 0    32    Total Combined Hours Per Week: ___

## V. Disability(ies) Multiple Disabilities

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-26%  ☐ 21-60%  ☒ 61-100%
Percent of time NOT in a General Education Setting: 100 %

## VI. IEP TEAM (Participants in the development of the IEP)

Alice Peak — Guardian
Pamela Hawkins — Special Ed
Ronald Anthony — General Ed Teacher
Taiya H. Gregory — LEA Representative
Vaughn Kimbrough — Principal or Designee

Print and sign your name below:
Sharon Millis / Advocate
Student
Sabrina Pinnock — Speech Pathologist
Thelma Hebron — Social Worker
Nicole Zeitlin — Psychology Resident
Judith Adams OTR/L

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature ___    Date ___

District of Columbia Public Schools    04-02-2004    Division of Special Ed

**Student Name:** Peak, Michael
**Student ID Number:** 9076039
**DOB:** 12/28/96
**Home School:** Malcolm X
**Attending School:** Malcolm X

DCPS - IEP
Page 2 of 4

### VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** Special Education Teacher

**Math Strengths:**
The student is able to add and subtract with regrouping.

**Impact of disability on educational performance in general education curriculum:**
The student disability's impacts on the student's ability to complete 4th grade level tasks.

**Reading Strengths:**
The student can read on 1st and low 2nd grade level.

**Impact of disability on educational performance in general education curriculum:**
The student's disability impacts on his ability to complete 4th grade Reading + written language tasks.

Score(s) When Available:
- Math Cal. 2.6 GE
- Math Rea. 1.4 GE
- See goal page: 3
- Date: 1-13-06
- Rdg. Com 2.4 GE
- Rdg. Basic 2.2 GE
- Written Ex. 1.5 GE
- See goal page: 2, 3
- Date: 1-13-06

**Communication (Speech & Language) (Evaluator):** Speech Pathologist

**Strengths:**
Michael can express wants and needs.

**Impact of disability on educational performance in general education curriculum:**
Michael's difficulty expressing himself and processing auditory input negatively impact his ability to [illegible]

Score(s) When Available:
- Exp. Lang. delay
- Rec. Lang. delay
- Artic. UNL
- Voice UNL
- Fluency UNL
- Exp. Voc. ___
- Rec. Voc. ___
- See goal page: ___
- Date: ___

**Motor/Health (Evaluator):**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s)/Results When Available:
- See goal page: ___
- Date: ___

**Social Emotional Behavioral Areas: (Evaluator)** Nicole N. Neitha, Behavior Resource Teacher

**Strengths:**
Generally responds to 1:1 adult attention, is able to identify positive reinforcements.

**Impact of disability on educational performance in general education curriculum:**
Depression/Anxiety leads to behavioral issues including [illegible] hyperactivity, impulsivity + aggression that disrupt his classroom activity.

Score(s) When Available:
BASC-2
- T-SC
- Hyperactivity 77
- Aggression 83
- Conduct Problems 81
- Depression 82
- See goal page: ___
- Date: 12-1-05

**Cognitive/Adaptive Behavior: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available:
- See goal page: ___
- Date: ___

**Prevocational Skills: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available:
- See goal page: ___
- Date: ___

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 2 of 4

| Student Name | Peak | Michael | Home School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12/23/96 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 1

Area addressed by goal: Reading- Academics

**ANNUAL GOAL:** (including mastery criteria.)

Michael will increase reading skills by at least one year's growth with 80% accuracy measured by the following short-term objectives.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) Michael will continue to practice phonetic approach to identify unfamiliar words with 80% accuracy. | | quarterly |
| 2) Michael will continue to use contextual clues to define words with 80% accuracy. | | quarterly |
| 3) Michael will continue to recall the main idea from material read with 80% accuracy. | | quarterly |
| 4) Michael will continue to recall details from material read with 80% accuracy. | | quarterly |
| 5) Michael will identify synonyms, homonyms, and analogies with 80% accuracy. | | quarterly |
| 6) Michael will sequence events in a reading selection with 80% accuracy. | | quarterly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Peak | | Michael | | HomeSchool | Malcolm X | | DCPS - IEP |
|---|---|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | | DOB 12/23/96 | | Attending School | Malcolm X | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 1 |
|---|---|---|

Area addressed by goal: **Reading- Academics Cont.**

ANNUAL GOAL: (including mastery criteria.)

> Michael will increase reading skills by at least one year's growth with 80% accuracy measured by the following short-term objectives.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 7). Michael will name, identify and write ~~pronounce~~ the 1st and 2nd grade Dolch List. | | quarterly |
| | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix A    IEP

| Student Name | Peak | Michael | Home School | Malcolm X | DCPS - IEP |
| --- | --- | --- | --- | --- | --- |
| Student ID Number | 9076039 | DOB 12/23/96 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐   Goal Number: 3

Area addressed by goal: Mathematics-Academic

**ANNUAL GOAL:** (including mastery criteria.)

Michael will increase mathematic skills by one year's growth with 80% accuracy measured by the following short-term objectives.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
| --- | --- | --- |
| 1) Michael will continue to subtract two or more digits with regrouping with 80% accuracy. *identify & apply* | | quarterly |
| 2) Michael will *know* multiplication facts with 80% accuracy. | | quarterly |
| 3) Michael will add and subtract numbers horizontally and vertically. | | quarterly |
| 4) Michael will multiply two digits by one digit with regrouping with 80% accuracy. *using the four step process.* | | quarterly |
| 5) Michael will solve word problems involving addition, subtraction and money with 80% accuracy. | | quarterly |
| 6) Michael will count one dollar, half dollar, quarter, dime, nickel, penny combinations up to $5.00 with 80% accuracy. | | quarterly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

Student ID Number: 9076039  DOB: 12/23/96
Home School: Malcolm
Attending School: Malcolm X
DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES** — Additional Comments: ☐   Goal Number: ☐

Area addressed by goal: **Communication (Speech/Language)**

ANNUAL GOAL: (including mastery criteria.)
Student will increase receptive and expressive **language** skills to > or = 80% accuracy.

Provider(s): Speech/Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will formulate complex sentences with > or = 80% accuracy | | monthly |
| Student will establish relationships between words with > or = 80% accuracy. | | monthly |
| Student will define and describe given vocabulary words with > or = 80% accuracy | | monthly |
| Student will answer "wh" questions re: age appropriate information with > or = 80% accuracy | | monthly |
| Student will improve auditory memory for given information (stories, directions, sentences, etc. ) with > or = 80% accuracy. | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**
☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix – A   IEP Page 3 of 4

| Student Name | Peak | | Michael | | HomeSchool | Malcolm X | | DCPS - IEP |
|---|---|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | | DOB 12/23/1993 | | Attending School | Malcolm X | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 3 |
|---|---|---|

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (including mastery criteria.)

Michael will improve his ability function with emotional intelligence in three out four situations.

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will identify 5 positive charactericstics about himself in three out of four situations. | | monthly |
| Michael will identify what sad "looks" and "feels" like with 70% accuracy. | | monthly |
| Michael will identify what angry looks and feels like with 70% accuracy. | | monthly |
| Michael will identify situations that make him sad/angry with 70% accuracy. | | monthly |
| Michael will identify triggers that emote negative behavior (to include being on location, impulsivity and complying with authority) with 70% accuracy. | | monthly |
| Michael will identifyt strategies for coping with impulsivity and iother negative behaviors with 70% accuracy. | | monthly |

EVALUATION PROCEDURE(S)

☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☒ Report  ☐ Other ____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

| Student Name | Peak | Michael | Home School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐   Goal Number: 2

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (including mastery criteria.)

Social Emotional Cont'd

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will idenify through role play and observation of role play ways to positively respond to negative situations with 70% accuracy. | | Monthly |
| | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

Student Name: Michael Peak
Student ID Number: 9076039  DOB: 12/23/96
Managing School: Malcolm X
Attending School: Malcolm X
DCPS - Page 3

**VIII. SPECIALIZED SERVICES**  Additional Comments: ☐  Goal Number: [

Area addressed by goal: Social Emotional

**ANNUAL GOAL:** (including mastery criteria.)

Michael will improve emotionality as it relates to grief and loss in 3 out of 4 situations.

Provider(s): Psychologist / Social Worker / School Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will understand what grief is in 3 out of 4 situations. | | Monthly |
| Michael will make connection between his emotions and behavior in 3 out of 4 situations. | | Monthly |
| Michael will explore and develop and understanding of the stages of grief. | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Michael Peak | | Managing School | Malcolm X Elementary | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12/23/1996 | Attending School | Malcolm X Elementary | Page 4 of 4 |

Additional Comments: ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? Yes ☐ No ☒

Explanation for removal out of regular education classroom.

Students behavioral/emotional concerns require full time therapeutic intervention

### X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr./Min | FREQUENCY D/W/M | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

**Timing/Scheduling:** Allowance of cooling-off period, time-out area in class, Breaks, varied activities, opportunity to move, Extended time
**Setting:** Reduced, minimalized distractions, Preferential seating, Special seating/proximity to monitor
**Presentation:** Assistance with interpretations of instructions, Break tasks into parts, Specific limits, clear consequences defined in advan
**Response:** Clearly defined appropriate/inappropriate behavior, Oral responses to tests/oral reports, Specific praise for appropriate beh
**Equipment:** Word list/dictionaries, Number tables or math fact sheets, Use of computer/calculator/slantboard

**DISTRICT ASSESSMENTS:**

☐ Level 8

☐ Level IV

## DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT/IEP meeting notes

School: Malcolm X Elementary   Principal: Vaughn Kimbrough   Special Education Coordinator: Mrs. Gregory
Date: 01/17/2006   Case Manager: B. Bailey   Assistant Director: Cynthia Bell
Student: Michael Peak   DOB: 12/23/1996   Age: 9   Grade: 04   ID# 9076039   SSN# 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
Parent: Alice Peak/Guardian   Telephone (H) 2025614749   (W)
Address: 1370 Congress St Se Apt 4   SE   Washington   DC   20032
    Street #   Street   Quad   Apt. No.   City   State   Zip Code

REFERRAL SOURCE: (Check) ☐ 120 Day ☐ Reeval. ☐ HOD ☐ SA ☐ MA ☒ Annual
☐ Nonpublic ☐ Residential ☐ Citywide ☐ Courts ☒ Local School ☐ Other:
Previous least restrictive environment (LRE Setting): Combination general education and resource classroom

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| See Page 4 of IEP | Current IEP | Yes ☒ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☒ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments: | Yes ☒ | |
| | Medical Reports: | Yes ☐ | No ☐ |
| | Clinical Reports: | Yes ☐ | No ☐ |
| | Psychiatric Reports | Yes ☐ | No ☐ |
| | Medications: | Yes ☐ | No ☒ |
| | Attendance Record | Yes ☒ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| See MDT 01/17/2005 | Small therapeutic environment specialized instruction speech and language psychosocial counseling |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☐ combination of general educators, special educators and related service providers | ☐ between 21% and 60% of service time |
| 3 | ☒ *out of general education classroom | ☒ special educators and related service providers | ☒ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

### 7. LEVEL OF NEED

| ☐ LOW | ☐ MODERATE | ☒ HIGH |
|---|---|---|

**District of Columbia Public Schools**
**Washington, D.C.**

I.E.P. Attachment A
Intervention Behavior Plan

### INTERVENTION BEHAVIOR PLAN

Date Developed: 01/17/2006

Student Name: Michael Peak   ID# 9076039   DOB 12/23/1996   Grade 04

Address: 1370 Congress St Se Apt 4   SE   Washington   DC   20032
Street #   Street Name   Quadrant   Apartment #   City   State   Zip Code

Telephone (H) 2025614749   (W)   Counselor Pamela Jones

Attending School: Malcolm X Elementary   Teacher: Mr. Anthony / Ms. Hawkins   Room____ Section____

**TARGETED BEHAVIOR(S):**   Additional Comments: ☐

Wearing coat/hood during school   Destruction of Property
Failure to follow school rules
Not being on location
Poor coping skills
Failure to respond to authority

**POSITIVE INTERVENTION STRATEGIES: Student Objective**

The student will learn to accept redirection from staff.

Michael will remain on location at all times.
Michael will associate positive consequences with good behavior
Michael will be able to verbalize when / why he is having difficulty.

**Implementation description –**

Michael will receive immediate verbal praise for successful behaviors to include responding to authority.
Michael will daily, weekly goals objective for himself.

Michael will be rewarded extra free time doing of any acitivity of his choice.

**POSITIVE INTERVENTION STRATEGIES: Teacher Strategies**

Structured environment in order to reduce oportunities to disengage / go off location from staff.
Opportunity to move from one task to the next after successful completion of authority.
Model socially acceptable behavior for the student, Daily check

**MONITORING SYSTEM: Responsible Teacher -** Classroom Teacher, Staff

Describe System -

Point System
Token Economy System
ABC Charts

Data collection timeline –

Daily, Weekly, Monthly, quarterly

**FOLLOW-UP MEETING: Date -** 02/27/2006

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP ATTACHMENT A   INTERVENTION BEHAVIOR PLAN