DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MEETING DATE: 1/1

MDT REFERRAL DATE: _____

STUDENT: Michael Peak        SCHOOL: Malcolm X ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Alice Peak | Alice Peak | Parent |
| Sabrina Pinnock | Sabrina Pinnock | ~~General Education Teacher~~ |
| Pamela Hawkins | Pamela Hawkins | Special Education Teacher |
| | Taiya Gregore | LEA Representative |
| Nicole Zeitlin | Nicole Zeitlin | School Psychologist |
| Judith Adams | Judith Adams | OT |
| Ronald Anthony | | SP |

_____ The Procedural Mar
_____ The purpose of the meeting was stated:
_____
_____
_____
Discuss placement.


☐ IS NOT PRESENT AT THE MEETING — Michael Peak

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____    MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: ____ Reevaluation

STUDENT Peak, Michael    SCHOOL Malcolm X Elem.   DATE 1/17/0

Additional Comments:

Occupational Therapist
Reported on OT findings as it relates specific to request for reass. OT was Based on OT eval student does not warrant OT services at this time.

School Psychologist:
Clinical evaluation findings suggest that Michael's disruptive and aggressive behaviors in the classroom are driven by significant depression and anxiety, complicated by grief over the loss of his mother (which reportedly he has not processed emotionally) and abandonment by his father. Michael exhibits hypersensitive and impulsive behaviors, particularly when overwhelmed by environmental stressors, and it is the belief of this writer that acute depression underlies these behaviors. A classification of

Additional Testing Required: Multiple Disabilities is warranted.
OT promised to supply additional standard test to present greater insight into students performance.

Speech Pathologist
Michael continues to do well in speech and language class. He consistently reaches at least 60-65% accuracy for his goals. He is making progress towards meeting his goal of ≥80% accuracy. Language services will continue for 60 minutes per week to address his receptive and expressive deficits.

Social Worker - Michael participates in counseling and has done so for the past 8 months. Contd. psychosocial counseling is deemed to warra...


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE _____  MULTIDISCIPLINARY TEAM (MDT)   ___ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: __Reevaluation__

STUDENT: Peak, Michael    SCHOOL: MX Elem.    DATE: 1-17-06

Additional Comments:

General Education

Michael is extremely truant in the afternoons. He is often caught by the administration hiding or running in the halls.

Special Education Teacher

Michael is a [visual?] student. He does have an ability to do the assignments but he does not stay focus while doing a lesson. He sometimes disturbs the other children while working, he sometimes climbs on the furniture, he jumps up in his seat. When he does not get his way with the love one to one attention if the attention is not focusing on him he starts to disturb other students.

Michael seems to deal with a lot of things, so it is hard to keep him on task in class. When he is focus he does complete some assignments. KTEA was given on 1/13/06 score on EFP last score R = 3.

Please note that the team agree that Michael should be in a full time Therapeutic placement on a concern educational for student with emotional disturbance. The team also recommend that the psychologist will complete adaption, parent questionnaire to further review ADHD and additional OT evaluation will be conducted. Student is characterize student's disability is multiply disabled.

ED/LD