**DUE PROCESS COMPLAINT NOTICE**
In re Michael Peak
**January 25, 2006**

| | |
|---|---|
| **Petitioner:** | Alice Peak |
| **Student:** | **Michael Peak** |
| **DOB:** | 12/23/96 |
| **Current School:** | Malcolm X Elementary School ("Malcolm X ES") |
| **Residence:** | 1397 Congress Street, S.E., Apt. 4 |
| | Washington, D.C. 20032 |

**Petitioner's Contact Information for Special Education Purposes:**

Tyrka & Houck, LLP
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

**Violations:**

1. Failure to timely evaluate a qualified child in all areas of suspected disability.
2. Failure to conduct an adequate initial occupational therapy evaluation.
3. Failure to timely determine an appropriate disability classification.
4. Failure to develop an appropriate IEP.
5. Failure to provide all necessary special education and related services to a qualified child with a disability.
6. Failure to provide an appropriate educational placement.

**Facts:**

1. DCPS has placed Michael at Malcolm X ES for the 2005-2006 SY.
2. Malcolm X ES is not an appropriate placement.
3. At a MDT Meeting held on January 17, 2006:
   a. DCPS provided counsel with a copy a current clinical evaluation report for Michael.
   b. The clinical evaluation report
      i. determined that an additional disability classification of emotionally disturbed was warranted.
      ii. did not include the necessary parent interview to adequately determine Michael's ADHD status.
   c. DCPS provided counsel for the parent with a copy of a current Kaufman Test of Educational Achievement report for Michael.
   d. The educational evaluation report determined that Michael's totally battery score placed him in the 4th percentile of performance nationally.
   e. The Team

       i. changed Michael's disability classification from a child with a learning disability to a child suffering from multiple disabilities (learning disability and emotionally disturbed).
      ii. recommended that Michael be placed in a full-time therapeutic setting outside of general education.
     iii. did not issue a prior notice of placement for Michael in a full-time therapeutic setting outside of general education.
  f. The parent requested that Michael be immediately placed at Rock Creek Academy.
4. Since the January 17, 2006 MDT Meeting:
  a. DCPS has not taken all steps necessary to provide Michael with a full-time therapeutic placement outside of general education.
  b. DCPS has not reached a final determination of Michael's ADHD diagnosis.
  c. DCPS has not provided Michael with compensatory education for the prior deficiencies in his free appropriate public education, including DCPS' failure
      i. to timely determine his disability classification of emotionally disturbed,
      ii. to timely provide special education and related services in all qualified areas of disability,
     iii. and to timely provide Michael with an appropriate placement in a full-time therapeutic setting outside of general education.
5. Michael will receive educational benefit at Rock Creek Academy.

**Proposed resolution:**

1. DCPS to provide the parent with funding for an independent evaluation to determine Michael's ADHD diagnosis.
2. DCPS to take all steps necessary to fund and place Michael at Rock Creek Academy.
3. DCPS to provide compensatory education for the prior deficiencies in Michael's free appropriate public education.
4. DCPS to pay reasonable attorney fees and costs incurred in bringing and pursuing this case.

**Resolution Meeting:**

1. The Petitioner contends that the entire IEP Team and a representative of the LEA with authority to
  a. take all steps necessary to secure and fund Michael's immediate placement at Rock Creek Academy,
  b. to immediately provide funding for an independent evaluation of Michael to determine his ADHD status,
  c. and to convene an MDT Meeting within five (5) days of receiving the finalized evaluation report
are necessary attendees at any resolution meeting.
2. If these individuals are not going to be in attendance, Petitioner requests that DCPS provide counsel with a written notice waiving its right to a resolution session 48 hours prior to any scheduled meeting.
3. The Petitioner contends that any meeting not attended by the identified individuals is not a valid resolution session, but rather an informal settlement discussion.

4. Any statements by the Petitioner or his or her representative during any resolution meeting or other settlement discussion incident to the filing of this complaint are for the purposes of compromise only.

Respectfully Submitted By,

Douglas Tyrka
Tyrka & Houck, LLP
Attorneys for the Petitioner
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

# HP LaserJet *3330* 

HP LASERJET 3330

Jan-25-2006   2:46PM

Fax Activity Log

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 109 | 1/23/2006 | 1:00:39PM | Send | 2023336255 | 0:00 | 0 | Busy |
| 110 | 1/23/2006 | 1:02:06PM | Send | 2023336255 | 0:48 | 4 | OK |
| 111 | 1/23/2006 | 1:08:29PM | Send | 2023878262 | 0:46 | 1 | OK |
| 112 | 1/23/2006 | 2:19:43PM | Send | 2022370992 | 3:19 | 12 | OK |
| 113 | 1/23/2006 | 2:40:09PM | Receive | | 2:37 | 2 | OK |
| 114 | 1/23/2006 | 2:47:32PM | Receive | | 0:25 | 2 | OK |
| 115 | 1/23/2006 | 3:16:56PM | Send | 7035197221 | 1:28 | 4 | OK |
| 116 | 1/23/2006 | 3:20:30PM | Send | 2023336255 | 0:59 | 4 | OK |
| 117 | 1/23/2006 | 3:55:26PM | Receive | | 0:41 | 2 | OK |
| 118 | 1/23/2006 | 5:06:16PM | Send | 2023320038 | 0:44 | 0 | Stop |
| 119 | 1/23/2006 | 5:07:56PM | Send | 2023320039 | 1:21 | 2 | OK |
| 120 | 1/23/2006 | 5:37:12PM | Send | 3018705715 | 3:23 | 6 | Comm Error 350 |
| 121 | 1/23/2006 | 5:41:44PM | Send | 3018705715 | 1:09 | 1 | Comm Error 350 |
| 122 | 1/23/2006 | 5:44:05PM | Send | 3018705715 | 4:17 | 8 | Comm Error 350 |
| 123 | 1/23/2006 | 5:49:34PM | Send | 3018705715 | 6:07 | 13 | OK |
| 124 | 1/24/2006 | 11:09:50AM | Send | 2026453426 | 0:49 | 2 | OK |
| 125 | 1/24/2006 | 12:20:03PM | Send | 2023336255 | 0:25 | 1 | OK |
| 126 | 1/24/2006 | 1:12:50PM | Send | 2026736411 | 0:51 | 0 | Comm Error 387 |
| 127 | 1/24/2006 | 1:14:54PM | Send | 2026736411 | 1:52 | 7 | OK |
| 128 | 1/24/2006 | 3:59:34PM | Receive | | 0:34 | 0 | No Fax Detected |
| 129 | 1/24/2006 | 4:47:20PM | Send | 2024425556 | 0:59 | 2 | OK |
| 130 | 1/24/2006 | 4:48:47PM | Send | 2024425098 | 0:41 | 2 | OK |
| 131 | 1/24/2006 | 5:15:45PM | Send | 2024425517 | 1:03 | 0 | Comm Error 386 |
| 132 | 1/24/2006 | 5:17:57PM | Send | 2024425517 | 1:24 | 4 | OK |
| 133 | 1/24/2006 | 5:28:17PM | Receive | 2025766386 | 0:44 | 2 | OK |
| 134 | 1/24/2006 | 5:57:01PM | Receive | 2024670053 | 2:32 | 16 | OK |
| 135 | 1/24/2006 | 6:08:03PM | Receive | 2024674949 | 7:12 | 45 | OK |
| 136 | 1/24/2006 | 6:17:41PM | Receive | 2024674949 | 3:49 | 20 | OK |
| 137 | 1/24/2006 | 6:25:31PM | Receive | 2024670053 | 6:56 | 29 | OK |
| 138 | 1/24/2006 | 6:36:51PM | Receive | 2024674949 | 6:41 | 29 | OK |
| 139 | 1/25/2006 | 9:23:41AM | Receive | 3019514248 | 0:26 | 1 | OK |
| 140 | 1/25/2006 | 2:02:05PM | Send | 2023333452 | 2:42 | 3 | OK |
| 141 | 1/25/2006 | 2:21:31PM | Send | 2024425556 | 1:11 | 3 | Comm Error 442 |
| 142 | 1/25/2006 | 2:23:52PM | Send | 2024425556 | 1:03 | 3 | Comm Error 442 |
| 143 | 1/25/2006 | 2:26:04PM | Send | 2024425556 | 0:44 | 1 | Comm Error 441 |
| 144 | 1/25/2006 | 2:27:58PM | Send | 2024425556 | 1:13 | 3 | Comm Error 442 |
| 145 | 1/25/2006 | 2:30:20PM | Send | 2024425556 | 1:37 | 3 | Comm Error 442 |
| 146 | 1/25/2006 | 2:33:04PM | Send | 2024425556 | 1:18 | 3 | Comm Error 442 |
| 147 | 1/25/2006 | 2:37:07PM | Send | 2024425556 | 1:13 | 3 | OK |
| *148 | 1/25/2006 | 2:43:29PM | Send | 2024425556 | 1:09 | 4 | OK |

FAxed DPC notice to SHO for Michael Peak