4425556                STUDENT HEARINGS OFF                01/01

# District of Columbia Public Schools
*State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



\* REVISED COPY

**HEARING NOTICE**

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |

TO:   Parent (or Representative): **D. TYRKA**         Fax No.: **265-4264**

      LEA Legal Counsel: **T. PUCKETT**

RE:   **PEAK, MICHAEL** _____ and (LEA) DOB: _____
      Student's Name

FROM: **SHARON NEWSOME**
      Special Education Student Hearing Office Coordinator

DATE SENT: **2/13/06**

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on _____. Please be advised that the hearing has been scheduled for:

DATE: **2/17/06**

TIME: **11:00 Am**

AT:   825 North Capitol Street, NE, Washington, DC
      8th Floor

Resch'd f 2/13/06 DUE TO INCLEMENT WEATHER

ASSIGNED HEARING OFFICER: _____

[X] **THIS IS A FINAL NOTICE OF HEARING**: If you wish to request a continuance of this hearing, you must submit your request in writing on the attached form to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[ ] **THIS IS A PROVISIONAL NOTICE OF HEARING**: The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least **five business days** prior to the hearing with copies to the Special Education Student Hearing Office.