IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>      Defendant. )<br>) | Civil Action No.<br>JGP |

## VERIFIED STATEMENT OF ALICE PEAK

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. I am the legal guardian of my grandson, M.P.

3. I attended a meeting at Malcolm X Elementary School ("Malcolm X ES") regarding M.P. on November 7, 2005.

4. I attended a meeting at Malcolm X ES regarding M.P. in early January 2006. The meeting concerned M.P.'s suspension from Malcolm X ES for a disciplinary infraction.

5. I attended a meeting at Malcolm X ES regarding M.P. on January 17, 2006.

6. Other than the meetings mentioned in the foregoing three paragraphs, I do not recall attending any meeting at Malcolm X ES on December 22, 2005.

7. I do not recall receiving a meeting invitation from Malcolm X ES on December 15, 2005.

8. I have never agreed to settle or discussed settling any of the claims raised in my December 8, 2005 due process complaint notice.

9. I would never agree to settle any of the claims raised in my December 8, 2005 due process complaint if the settlement did not include a change in placement for M.P.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 2/23/06.

_____
Alice Peak