IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ALICE PEAK,**                     )
         **Plaintiff,**           )
                                    )
**v.**                              )
                                    )
**DISTRICT OF COLUMBIA,**           )
         **Defendant.**           )
_____ )

## ORDER

In consideration of the Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, the attached Memorandum, and any opposition thereto, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Defendant shall immediately take all steps necessary to place and fund M.P. at Rock Creek Academy and to provide him transportation to and from the school.

_____

Judge _____
United States District Judge