united states district court
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-0373 (JGP) |
| DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, I hereby enter my appearance as lead attorney for the District of Columbia in the above captioned case.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General of the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                **/s/ Edward P. Taptich**
                EDWARD P. TAPTICH [#012914]
                Chief, Equity Section II

                **/s/ Carol E. Burroughs**
                CAROL E. BURROUGHS [#415432]
                Assistant Attorney General
                441 Fourth Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6520
                Fax: 202-727-0431
**March 3, 2006**              Email: Carol.Burroughs@dc.gov