UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,        )<br>                        )<br>        Plaintiff,    )<br>                        )<br>    v.                )<br>                        )<br>DISTRICT OF COLUMBIA,   )<br>                        )<br>        Defendant.   ) | Civil Action No. 06-0373 (JGP) |

ORDER

This matter is set down for a hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [3] on March 9, 2006 at 11:30 A.M. in Courtroom 15. "The practice in this jurisdiction is to decide preliminary injunction motions without live testimony where possible." LCvR 65.1(d).

SO ORDERED.


DATE: March 6, 2006                                     JOHN GARRETT PENN
                                                        United States District Judge