

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

*Office of the Superintendent*
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000  Fax # 202-442-5098
www.k12.dc.us

November 1, 2005

Tyrka & Houck, LLP
1726 Connecticut Avenue, NW, #400
Washington, DC 20009

**VIA FACSIMILE (202) 265-4264**

Dear Mr. Tyrka and Ms. Houck:

  This office is in receipt of your correspondence concerning Ja'Kwan Craddock, dated October 17, 2005 [and related items of correspondence]. We acknowledge and agree that legal counsel for DCPS will not communicate directly with the above-named petitioner or with his parents or guardians concerning the petitioner's pending due process complaint. However, we do not concur that communications in the ordinary course between non-legal personnel of DCPS and the petitioner's parents or guardians are precluded either by the Rules of Professional Conduct, which by their terms apply only to members of the District of Columbia Bar, or by the IDEA, which by its terms authorizes and requires the public school system to initiate and maintain certain contacts with persons having custodial relationships to special-education students. If you like, we will be pleased to discuss with you further the nature and extent of such contacts, particularly in order to understand the distinction you seem to be drawing between "all matters incident to the filing of the due process complaint," on the one hand, and, on the other, "any routine matters unrelated to the filing of this due process complaint." Our objective in any case will be to establish appropriate communications with representatives of the petitioner so as to ensure compliance with the requirements of applicable law."

  Please feel free to contact me directly should you have any additional questions or concerns regarding OGC's position in this matter.

Respectfully submitted,

Quinne Harris-Lindsey
Acting Supervisory Attorney Advisor

cc: MaryLee Phelps, Interim Chief, Special Education Reform
   Office of the General Counsel

*Children First*