

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000 Fax # 202-442-5098
www.k12.dc.us

November 14, 2005

Douglas Tyrka, Esquire
Tyrka & Houck, LLP
1726 Connecticut Avenue, NW, #400
Washington, DC 20009

<u>VIA FACSIMILE (202) 265-4264</u>

Dear Mr. Tyrka:

This office is in receipt of your faxed correspondence dated November 14, 2005. I reiterate the point made in DCPS' November 1, 2005 letter which is that DCPS staff can and, under the federal law must — contact the parents in an endeavor to meet the schedule deadlines. Such a contact is not of a kind addressed in Rule 4.2 of the Rules of Professional Conduct. If you have evidence of a particular case or cases in which DCPS staff have refused to contact your firm when requested by the parent to do so, I welcome being advised so that DCPS can take appropriate corrective action. However, if you decide that the intervention of bar counsel is your determined route, DCPS will respond as needed.

Please feel free to contact me directly should you have any additional questions or concerns regarding DCPS position in this matter.

Respectfully submitted,

Quinne Harris-Lindsey
Acting Supervisory Attorney Advisor

cc:   MaryLee Phelps, Interim Chief, Special Education Reform
      Office of the General Counsel

*Children First*

Attachment 5