**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

December 8, 2005

Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, N.W.
Washington, D.C. 20002

    **RE:   Michael Peak**

To the Office of General Counsel:

Please be advised that Tyrka & Houck, LLP represents the Petitioner in the case identified above. The scope of this representation extends to any and all matters incident to the filing of the due process complaint.

The Petitioner does not consent to any communications directly to the Petitioner. The Petitioner asserts all protections afforded the Petitioner by the Individuals with Disabilities Education Act ("IDEA") and the District of Columbia Rules of Professional Conduct.

Specifically, the Petitioner will treat any communication related to this dispute, by any District of Columbia Public Schools agent, as an unauthorized communication from an attorney to a represented party, in violation of the District of Columbia Rules of Professional Conduct, codified as D.C. Bar. Appx. A, Rule 4.2. The Petitioner will also treat such a communication as an attempt to deny the Petitioner the rights to counsel granted by the IDEA.

All communications with the Petitioner regarding any matter incident to the filing of this due process complaint must be directed to the undersigned attorneys:
    Tyrka & Houck, LLP
    1726 Connecticut Avenue, N.W., Suite 400
    Washington, D.C. 20009
    (202) 265-4260 (ph)
    (202) 265-4264 (fax)

Of course, any agent or client of the Office of General Counsel remains free to contact the Petitioner about any routine matters unrelated to the filing of this due process complaint.

MP 6

Sincerely,

Douglas Tyrka, Esquire
Tyrka & Houck, LLP
Attorneys for Petitioner
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

# HP LaserJet *3330*



Attorney at Law
202-265-4264
Dec-8-2005    17:12

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 560 | 12/ 8/2005 | 17:03:51 | Send | 2024425517 | 8:21 | 39 | OK |

**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

**CONFIDENTIALITY NOTICE**

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient:        DCPS OGC

Fax number:       202-442-5517

From:             Douglas Tyrka & Houck, LLP

Regarding:        Donald Brown, Kimberly Cobbs, James Jackson,
                  Youssoff Kouyate, Michael Peak, Carol Poole, James
                  Robinson, Jaden Smith, Timothy Smith          3 pages

Number of pages:  41 (including cover sheet)

Notes:            Cover Letters & Due Process Complaints