

# IDEA 2004

## DCPS Training

Presented by:
Office of Special Education
Office of the General Counsel
State Enforcement & Investigation Division

Attachment 1

@006/071

# IDEA 2004 Training AGENDA

| Time | Topic |
|---|---|
| 8:30 - 8:40 | Welcome & Introductions (Bernadette Bullock) |
| 8:40 - 9:15 | Identification, Evaluation and Placement of Students (Karen Griffin, Jennifer Minicucci & Judith Smith)<br>• Definitions<br>• Parental Consent<br>• Evaluations<br>• Specific Learning Disability<br>• Eligibility Determination<br>• Questions |
| 9:15 - 10:00 | IEP Preparation (Karen Griffin & Jennifer Minicucci)<br>• IEP Team<br>• Contents of IEP<br>• Questions |
| 10:00 - 10:15 | BREAK |
| 10:15 - 12:00 | Due Process Hearings & Resolution Meetings (Donna Russell & Quinne Harris Lindsey) |
| 12:00 - 1:00 | LUNCH |
| 1:15 - 1:45 | Alternative Dispute Resolution (Bernadette Bullock) |
| 1:45 - 2:15 | Manifestation Determinations (Bernadette Bullock) |
| 2:15 - 2:30 | BREAK |
| 2:30 - 3:30 | Chapter 30 Amendments (Donna Russell) |

PLEASE BE SURE TO SIGN OUT AT THE END OF THE        TO ENSURE YOU
RECEIVE CREDIT FOR YOUR ATTENDANCE.

Feb 17 2006

☒ 056/071

# Resolution Meeting

The Individual Disabilities Education Act (IDEA) emphasizes non adversarial resolutions between the parent and the school system to achieve positive results for the student. Resolution meetings offer opportunities to resolve complaints prior to due process hearings where parents discuss their complaint with relevant members of the IEP team. The LEA is responsible for providing an opportunity to resolve the complaint. The principal is responsible for implementing meetings at the school level. This meeting must take place within fifteen calendar days of receipt of the complaint. The following outlines the procedures for the principal or designee to implement at the local school:

| | |
|---|---|
| Day 1 | The Student Hearing Office (SHO) receives the request for a complaint. Within 24 hours, the SHO will forward a scheduling memorandum and a copy of the complaint to the school, Office of Special Education (OSE) and the Office of General Counsel (OGC). |
| Days 2 – 3 | The principal/designee schedules a resolution meeting by phone. Meeting must be held within a 15-calendar day timeline. DCPS will not waive resolution meetings. |

- Contact parents with possible dates.
- If not able to contact parent, place a second call.
- If not able to contact parent or agree upon a meeting date by Day 3, send a letter with date and time of meeting.
- Contact relevant IEP team members to determine availability.
- Ascertain if parent plans to bring an attorney.
- Contact OGC if parent plans to bring attorney.
- Keep log of all telephone calls in student's file.
- Mail confirming letter regarding schedule of meeting to parents and notify IEP team members (template form attached).
- Fax a copy of confirming letter to parents if number is available and to attorney if parent has one.

|  |  |
|---|---|
|  | - Review complaint with appropriate staff.<br>- Determine additional participants who may be needed to address concerns.<br>- Review the DRC notes, if available to determine if there is guidance as to what can be agreed upon.<br>- Determine if parent request can be addressed and services provided at the local school without additional resources from central office.<br>- If school cannot provide requested services without additional resources from OSE and no DRC guidance is available, school is to contact its special education supervisor for a representative to attend the meeting and/or receive guidance about settlement options. If DRC has provided guidance, Special Education Supervisor does not have to be contacted. DCPS Charter Schools are to contact Silas H. Christian. |
| Days 11 – 15 | Resolution Meeting<br>- Settlement is reached – execute and sign agreement form.<br>- Settlement is not reached – complete No Settlement Form.<br>- Fill out the Due Process Complaint Notice and send to OGC, OSE and SHO. |
| **Three Business Days After Meeting** | Completion of Resolution Meeting<br>- Parents or the school system have three business days in which to v a settlement agreement.<br>- Send copies of settlement/no settlement form(s) to OGC, OSE, and SHO. |