State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs

**Michael Peak**
   Petitioner,

v.

**District of Columbia Public Schools**
   Respondent

### District of Columbia Public School's
### Response to Due Process Complaint Notice

The District of Columbia Public School (hereinafter "DCPS"), by and through the undersigned Attorney Advisor, hereby provides its Response to the Due Process Complaint Notice ("Complaint") filed on or January 25, 2005 on behalf of Michael Peak, DOB 12-23-96, pursuant to the Individual's with Disabilities Education Improvement Act (hereinafter "IDEIA"), Sec. 615(c)(2)(B). Specifically, based upon information provided to the Office of General Counsel as of today's date, DCPS asserts the following:

1. The student does need another placement different from Malcolm X;
2. DCPS has placement options to discuss with the parent;
3. DCPS is attempting to set up a meeting to discuss placement.

As of today, DCPS plans to defend the allegations in the complaint.

Date: February 24, 2006

Submitted by:

Tiffany Puckett, Esq.,
Attorney Advisor
for DCPS as the Local Educational Agency