**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC  20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

January 25, 2006

Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, N.W.
Washington, D.C. 20002

RE:    **Michael Peak**

To the Office of General Counsel:

Please be advised that Tyrka & Houck, LLP represents the Petitioner in the case identified above. The scope of this representation extends to any and all matters incident to the filing of the due process complaint.

The Petitioner does not consent to any communications directly to the Petitioner. The Petitioner asserts all protections afforded the Petitioner by the Individuals with Disabilities Education Act ("IDEA") and the District of Columbia Rules of Professional Conduct.

Specifically, the Petitioner will treat any communication related to this dispute, by any District of Columbia Public Schools agent, as an unauthorized communication from an attorney to a represented party, in violation of the District of Columbia Rules of Professional Conduct, codified as D.C. Bar. Appx. A, Rule 4.2. The Petitioner will also treat such a communication as an attempt to deny the Petitioner the rights to counsel granted by the IDEA.

All communications with the Petitioner regarding any matter incident to the filing of this due process complaint must be directed to the undersigned attorneys:

Tyrka & Houck, LLP
1726 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

Of course, any agent or client of the Office of General Counsel remains free to contact the Petitioner about any routine matters unrelated to the filing of this due process complaint.

Sincerely,

Douglas Tyrka, Esquire
Tyrka & Houck, LLP
Attorneys for Petitioner
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

# HP LaserJet *3330*



HP LASERJET 3330

Jan-25-2006   3:40PM

| Fax Call Report |
| --- |

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 161 | 1/25/2006 | 3:38:24PM | Send | 2024425097 | 1:21 | 3 | OK |

Faxed DPC cover letters to OGC for Michael Park