UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 06-0373 (JGP) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## JOINT STATEMENT

Pursuant to the Court's March 9 Minute Order herein, the parties submit herewith their joint statement concerning a meeting between the parties on March 14, 2006.

At the hearing conference on March 9, 2006, the Court requested that the parties meet to consider whether some accommodation might amicably be reached concerning the school placement of the student involved.

A meeting was convened at approximately 12:15 p.m. yesterday, March 14, 2006, at the offices of counsel for the Defendant. In attendance for the Defendant were Defendant's counsel, Ms. Tiffany Puckett, an attorney in the DCPS Office of General Counsel, Ms. Taiya Gregory, a DCPS Special Education Coordinator, and David Mason, Principal of the Moten Center school. In attendance for the Plaintiff was Plaintiff's counsel. Counsel for the parties had conversations prior to that meeting.

The meeting was concluded after approximately one hour. No agreement resulted from the meeting.

The parties believe that, in light of Rule 408 of the Federal Rules of Evidence, they are not, in the absence of a direction of the Court otherwise, privileged to relate the content of the meeting.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas Tyrka*_____ | ROBERT J. SPAGNOLETTI |
| Douglas Tyrka [#467500] | Attorney General for the District |
| 2807 27th Street, N.W. | of Columbia |
| Washington, DC 20008 | |
| (202) 332-0038 | GEORGE C. VALENTINE |
| *Counsel for Plaintiff* | Deputy Attorney General |
| | Civil Litigation Division |
| | |
| | */s/ Edward P. Taptich*_____ |
| | EDWARD P. TAPTICH [#012914] |
| | Chief, Equity Section 2 |
| | |
| | /s/ *Carol E. Burroughs* |
| | CAROL E. BURROUGHS [#415432] |
| | Assistant Attorney General |
| | 441 Fourth Street, N.W. |
| | Sixth Floor South |
| | Washington, D.C. 20001 |
| | (202) 724-6520 |
| | *Counsel for Defendant* |

March 15, 2006