

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
Office of the General Counsel
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000   Fax # 202-442-5098
www.k12.dc.us

February 6, 2006

Carolyn Houck, Esq.
1726 Connecticut Ave. N.W. #400
Washington, DC 20009

**DISCLOSURE STATEMENT AND MOTION TO COMPEL**

**VIA FACSIMILE 202/265-4264**

Subject: Due Process Hearing for Michael Peak
DOB:    12-23-96

Dear Ms. Houck:

At the upcoming due process hearing in the above-referenced matter, scheduled for February 13, 2006 at 9:00 a.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

**Witnesses**

Vaughn Kimbrough, or his designee(s), Principal, Malcolm X Elementary School, DCPS
Taiya Gregory, or her designee(s), Special Education Coordinator, Malcolm X Elementary School, DCPS
School Counselor, or designee(s), Malcolm X Elementary School, DCPS
Margaret Smallwood, or designee(s), Malcolm X Elementary School, DCPS
Brenda Gillcrest, or designee(s), Malcolm X Elementary School, DCPS
School Social Worker, or designee(s), Malcolm X Elementary School, DCPS
Student's Current and Prior General Education Teacher, Malcolm X School, DCPS
Student's Current and Prior Special Education Teacher, Malcolm X School, DCPS

---

[1] Witnesses may testify by telephone.

*Children First*

DCPS Office of the General Counsel
Page 2

      Speech and Language Pathologist, or designee, Malcolm X School, DCPS
      Occupational Therapist, or designee, Malcolm X School, DCPS
      School Psychologist, or designee, Malcolm X School, DCPS
      Pamela Hawkins, or designee(s), Special Education Teacher, Malcolm X
      Ronald Anthony, or designee(s), General Education Teacher, Malcolm X
      Sabrina Pinnock, or designee(s), Speech Pathologist, Malcolm X
      Thelma Hebron, or designee(s), Social Worker, Malcolm X
      Nicole Zeitlin, or designee(s), Psychologist, Malcolm X
      Special Education Coordinator, or designee(s), Moten Center, DCPS
      Principal, or designee(s), Moten Center, DCPS

** Parents, DCPS intends to call the parent as a witness. DCPS requests that mother attend the hearing. Pursuant to 34 C.F.R. 300.509(a)(2) and 5 DCMR 3031.1(b), DCPS hereby compels the attendance of the above witness.

**Documents***

DCPS –01    Resolution Meeting Notes

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to call rebuttal witnesses in its case.

*DCPS reserves the right to use documents from past DCPS and Parent disclosures involving this student.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5000.

Sincerely,

Tiffany Puckett
Attorney Advisor

cc: Student Hearing Office

*Children First*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0373 (JGP) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF TAIYA GREGORY

1. My name is Taiya Gregory. I am the Special Education Coordinator at Malcolm X Elementary School located at 1351 Alabama Avenue, SE; Washington, DC 20032.

2. On February 3, 2006, I saw Ms. Peak as it was parent teacher conference day. I mentioned to her that I had spoken with her advocate and we had scheduled a resolution meeting for Thursday, February 9, 2006 at 9:15am. I also informed her that I had just received information from the site review committee and that DCPS was offering Moten Center as a possible placement. She acknowledged my statement.

3. On February 6, 2006, I received a telephone message from Sharon Millis on my voice mail indicating that both she and the parent could no longer make scheduled February 9, 2006 date and advised me not to talk to her client.

4. On February 6, 2006, I spoke with Ms. Millis by telephone. She stated that Ms. Peak was upset because I had said "something" about Moten Center and that I shouldn't

2

be talking to Ms. Peak. I informed her that I simply mentioned to Ms. Peak the meeting date and the fact that DCPS had proposed Moten Center as a possible placement. She then stated that "we aren't accepting Moten Center" and that they wanted Rock Creek Academy. I informed her that we could discuss it at the meeting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2006.

_____
Taiya H. Gregory



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000   Fax # 202-442-5098
www.k12.dc.us

March 14, 2006

Douglas Tyrka, Esq.
1726 Connecticut Ave. N.W. #400
Washington, DC 20009

**VIA FACSIMILE 202/265-4264 and Email tyrka@tyrkalaw.com**

Subject: Placement Meeting and Resolution Meeting for Michael Peak
DOB:   12-23-96

Dear Mr. Tyrka:

    As discussed today after our meeting, I am contacting you to schedule the placement and resolution meeting for Michael Peak. DCPS is available to meet on the following dates:

    March 16, 2006 at 9:30 am
    March 23, 2006 at 9:30 am
    March 24, 2006 at 9:30 am

If you are not available on the dates listed above, please provide alternative dates. Please contact me ASAP, regarding the scheduling of this matter.

                              Sincerely,

                              Tiffany Puckett
                              Attorney Advisor