IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALICE PEAK,                         )
        Plaintiff,                 )
                                    )   Civil Action No. 06-0373
v.                                  )   JGP
                                    )
DISTRICT OF COLUMBIA,               )
        Defendant.                 )
_____)

**PLAINTIFF'S NOTICE OF ADMINISTRATIVE DECISION**

      As the Court is aware, the District of Columbia Public Schools ("DCPS") filed a motion at the administrative level to have the last remaining scheduled hearing removed from the calendar. A Hearing Officer issued an order on that motion on March 16, 2006, which was sent to Plaintiff's counsel today, March 17, 2006.

      The Hearing Officer's decision orders that 1) the hearing is removed from the schedule; and 2) "All timelines are suspended as of the date of the Petitioner's filing of the TRO in U.S. District Court until a final decision on the TRO is issued by said Court." A copy of the decision is attached to this Notice.

      Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038