IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
ALICE PEAK,                         )
              Plaintiff,    )
                                    )
v.                                  )
                                    )
DISTRICT OF COLUMBIA,               )
              Defendant.    )
_____)

## ERRATA

The Plaintiff filed with her Memorandum in Reply to Defendant's Supplemental Memorandum in Opposition to Motion for a Temporary Restraining Order and Preliminary Injunction a flawed attachment, Attachment 1. Plaintiff's counsel has attempted to contact the Electronic Case Filing help desk for assistance in correcting this error, but no one has responded to the requests.

In an effort to correct the record in this case, the Plaintiff now files a corrected version of the original attachment as an attachment to this Notice. The Plaintiff has already provided a corrected version of the attachment to the Court and to Defendant's counsel.

                                              Respectfully submitted,

                                              _____
                                              Douglas Tyrka, #467500
                                              2807 27th Street, N.W.
                                              Washington, D.C. 20008
                                              p. (202) 332-0038
                                              f. (202) 332-0039

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
**ALICE PEAK,**                                 )
                              **Plaintiff,**      )
                                                          )
**v.**                                                  )
                                                          )
**DISTRICT OF COLUMBIA,**        )
                              **Defendant.**   )
_____)

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
TO PLACE EXHIBITS UNDER SEAL**

    The Defendant, through counsel, has consented to this Motion.

    Attachments    to the Plaintiff's Memorandum of Points and Authorities in Reply to Opposition to Motion for a Temporary Restraining Order and Preliminary Injunction are, respectively, an ethics complaint filed by Plaintiff's counsel and a response from Bar Counsel regarding that complaint. By District of Columbia Bar Rule XI, Section 17, disciplinary proceedings are confidential until Bar Counsel has filed a petition with the Executive Attorney or an informal admonition has been issued. There is no indication that either has yet occurred regarding this ethical complaint.

                                                         Respectfully submitted,

                                                         _____
                                                          Douglas Tyrka, #467500
                                                          2807 27th Street, N.W.
                                                          Washington, D.C. 20008
                                                          p. (202) 332-0038
                                                          f. (202) 332-0039