IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant. | Civil Action No. 06-0373<br>JGP |

## VERIFIED STATEMENT OF SHARON MILLIS

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. I am a "Special Education Advocate," a consultant who assists the parents of special needs students to participate in the development of appropriate educational programs for their children. For several months I have been assisting Alice Peak, regarding her son M.P.

3. For the last eight years I have worked as an independent Special Education Advocate. For eleven years before that, I worked for the District of Columbia Public Schools ("DCPS") as a special education compliance monitor, with duties including developing Individualized Educational Programs ("IEPs"), determining appropriate school placements, and training DCPS personnel to develop IEPs and determine placements. Before I was a compliance monitor, I worked for DCPS as a teacher and administrator for fifteen years.

4. During my time working as an independent Special Education Advocate, I have never advised a client to accept or to reject any proposed school placement before that placement was presented and discussed at a Multi-Disciplinary Meeting, whose members include the parent(s) and qualified experts familiar with the child.

5. In early February 2006, I spoke by telephone with Taiya Gregory regarding the scheduling of a meeting regarding M.P. Ms. Gregory informed me that DCPS was considering the Moten Center as a possible placement, and that Ms. Gregory had mentioned that school to Ms. Peak in an earlier conversation. I told Ms. Gregory that Ms. Peak and I could not consider the Moten Center until we discussed it at a Multi-Disciplinary Meeting. At no point have I ever told Ms. Gregory that Ms. Peak or anyone has made a decision not to accept the Moten Center.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2006.

Sharon Millis

Case 1:06-cv-00373-JGP     Document 14-2     Filed 03/28/2006     Page 3 of 4

Case 1:06-cv-00373-JGP   Document 14-2   Filed 03/28/2006   Page 4 of 4