IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALICE PEAK,                         )
        Plaintiff,              )
                                    )   Civil Action No. 06-0373
v.                                  )   JGP
                                    )
DISTRICT OF COLUMBIA,               )
        Defendant.              )
_____)

**PLAINTIFF'S CONSENT MOTION TO PLACE EXHIBITS UNDER SEAL**

Plaintiff Alice Peak respectfully requests that two exhibits regarding her recent Motion for Temporary Restraining Order and Preliminary Injunction be placed under seal. In support, Ms. Peak submits the attached Memorandum.

The Defendant, through counsel, has consented to this Motion.

WHEREFORE, Ms. Peak respectfully requests that this honorable Court place under seal Attachments 6 and 8 to the Plaintiff's Memorandum of Points and Authorities in Reply to Opposition to Motion for a Temporary Restraining Order and Preliminary Injunction.

        Respectfully submitted,

        _____
        Douglas Tyrka, #467500
        2807 27th Street, N.W.
        Washington, D.C. 20008
        p. (202) 332-0038
        f. (202) 332-0039

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALICE PEAK,                         )
            Plaintiff,              )
                                    )   Civil Action No. 06-0373
v.                                  )   JGP
                                    )
DISTRICT OF COLUMBIA,               )
            Defendant.              )
_____)

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
TO PLACE EXHIBITS UNDER SEAL**

The Defendant, through counsel, has consented to this Motion.

Attachments six and eight to the Plaintiff's Memorandum of Points and Authorities in Reply to Opposition to Motion for a Temporary Restraining Order and Preliminary Injunction are, respectively, an ethics complaint filed by Plaintiff's counsel and a response from Bar Counsel regarding that complaint. By District of Columbia Bar Rule XI, Section 17, disciplinary proceedings are confidential until Bar Counsel has filed a petition with the Executive Attorney or an informal admonition has been issued. There is no indication that either has yet occurred regarding this ethical complaint.

Respectfully submitted,

_____
Douglas Tyrka, #467500
2807 27th Street, N.W.
Washington, D.C. 20008
p. (202) 332-0038
f. (202) 332-0039