IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ALICE PEAK,**                     )
         **Plaintiff,**         )
                                    )   Civil Action No. 06-0373
v.                                  )   JGP
                                    )
**DISTRICT OF COLUMBIA,**           )
         **Defendant.**         )
_____ )

## ORDER

In consideration of the Plaintiff's Consent Motion to Place Exhibits Under Seal and the attached Memorandum, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Attachments 6 and 8 to the Plaintiff's Memorandum of Points and Authorities in Reply to Opposition to Motion for a Temporary Restraining Order and Preliminary Injunction shall be placed under seal.

SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge