UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALICE PEAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0373 (JGP) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of **Plaintiff's Consent Motion to Place Exhibits Under Seal [15]**, it is hereby

**ORDERED** that the Motion [15] is **GRANTED**; and it is further

**ORDERED** that attachments 6 and 8 to Plaintiff's Memorandum of Points and Authorities in Reply to Opposition to Motion for a Temporary Restraining Order and Preliminary Injunction [7] shall be placed under seal.


DATE: April 4, 2006                                JOHN GARRETT PENN
                                                  United States District Judge