UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALICE PEAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1912 (JGP) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO ENLARGE TIME NUNC PRO TUNC TO ANSWER THE COMPLAINT

Defendant District of Columbia (the "District"), by counsel and pursuant to Fed. R. Civ. P. 6(b)(2), hereby moves this Court for an enlargement of time to file the attached Answer to the Complaint.

Plaintiff filed this suit on or about March 2, 2006 and served the Complaint and a Motion for a Temporary Restraining Order on the District Friday, March 3, 2006. As such, the District of Columbia had until March 23, 2006, to file an answer or other responsive pleading. Because she was engaged in opposing the Motion for Temporary Restraining Order in this second case involving the same minor child, counsel for defendant inadvertently omitted overlooked filing an answer to the second complaint.

Accordingly, the District respectfully requests that this Court enlarge the time to file the attached answer nunc pro tunc March 23, 2006. The Plaintiff will not be prejudiced by the grant of this motion. The undersigned attorney attempted to reach counsel for the Plaintiff by telephone regarding his position on this motion; but, she has received no response as of the time of this filing.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
(202) 727-3625 (fax)
carol.burroughs@dc.gov

June 1, 2006

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6(b)(2).

2. LCvR 7(m).

3. The inherent authority of this Court.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vi. | ) Civil Action No. 05-1912 (JGP) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Defendant's Motion to Enlarge Time <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to File the Answer to the Complaint, and it appearing just and proper, it is,

**ORDERED** that Defendant's Motion is **GRANTED;** and it is

**FURTHER ORDERED** that the District of Columbia's Answer is deemed filed <u>nunc</u> <u>pro</u> <u>tunc</u> March 23, 2006.

_____
John Garrett Penn
United States District Judge