UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civ. No. 06-0373 (JGP) |

## NOTICE OF CONSENT

Counsel for the Defendant has received a telephone message from counsel to the Plaintiff, Douglas Tyrka, that he consents to Defendant's Motion for Enlargement of Time to Answer the Complaint.

                                                Respectfully submitted,
                                                ROBERT J. SPAGNOLETTI
                                                Attorney General for the
                                                District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                /s/ *Edward P. Taptich*_____
                                                EDWARD P. TAPTICH [#012914]
                                                Chief, Equity Section II

                                                /s/ *Carol E. Burroughs*
                                                CAROL E. BURROUGHS [#415432]
                                                Assistant Attorney General
                                                441 Fourth Street, N.W.
                                                Sixth Floor South
                                                Washington, D.C. 20001
                                                (202) 724-6520
                                                (202) 727-3625
June 2, 2006                              email: carol.burroughs@dc.gov