### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALICE PEAK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0373 (JGP)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendant's Motion to Enlarge Time Nunc Pro Tunc to Answer the Complaint [17] and Defendant's Notice of Consent [18], in which Defendant indicates that Plaintiff has consented to Defendant's motion, it is hereby

**ORDERED** that Defendant's Motion [17] is **GRANTED**; and it is further

**ORDERED** that the Answer is deemed properly filed.


**DATE: June 20, 2006**                    **JOHN GARRETT PENN**
                                           **United States District Judge**