UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, | ) |
|       Plaintiff, | ) |
|       v. | ) Civ. No. 06-0373 (JGP) |
| DISTRICT OF COLUMBIA, | ) |
|       Defendant. | ) |

**REPORT OF THE PARTIES UNDER LOCAL RULE 16.3[1]**

    1. The plaintiff sought a temporary restraining order and a preliminary injunction In an appeal of a Hearing Officer's Decision on February 24, 2006 to join Plaintiff's December 8, 2005 and January 25, 2006 Due Process Complaints for hearing. Plaintiff's Motion for Temporary Retraining Order was denied on March 20, 2006. Subsequently, plaintiff withdrew the January 25 Due Process Complaint and the December 8, 2005 Due Process Complaint was heard on April 24 and May 2, 2006 and decided on the merits on May 15, 2006.[2]

    2. Cross Motions for Summary Judgment have been filed in the related case also Before this Court in Civil Action No. 05-1912. Oppositions are due August 7 and Replies on August 21. There are no pending motions in this case.

    3. No amendments to the pleadings are anticipated.

---

[1] The Parties apologize for their failure to file this report earlier. The Parties attempted to contact each other to discuss scheduling, but failed to talk until late yesterday.

[2] The time for appealing that HOD has not yet run. The Plaintiff intends to appeal, but will not be invoking the "stay put" provision of IDEA.

4. The Parties do not consent to assignment of the case to a Magistrate Judge.

5. The Parties believe that this case can be decided on motions.

6. There is no possibility of settling this case.

7. The case would not benefit from ADR.

8. The Parties propose the following schedule:

| | |
|---|---|
| Filing of Administrative Record | August 14, 2006 |
| Motions for Summary Judgment | September 29, 2006 |
| Oppositions | November 14, 2006 |
| Replies | November 28, 2006 |

The Parties do not request a hearing.

8. The Parties do not anticipate needing an exchange of information.

9. Discovery is not needed in this case.

10. Experts are not needed in this case.

11-13. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ *Edward P. Taptich*_____
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    /s/ *Carol E. Burroughs*

CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
email:  carol.burroughs@dc.gov


/s/ Douglas Tyrka /s/
Douglas Tyrka, #467500
Counsel for the Plaintiff
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

July 7, 2006