## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0373 (JGP) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
|     Defendant. ) | |
| ) | |

## **ORDER**

This matter having come before the Court for a scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

ORDERED:   That the Parties shall comply with the following directives:

(1)  Defendant shall file the administrative record on or before August 14, 2006.

(2)   The Parties shall file their motions for summary judgment on or before September 29, 2006.

(3)  The Parties shall file their oppositions to the motions on or before November 14, 2006.

(4)  The Parties shall file their replies to the oppositions on or before November 28, 2006.

(5)   It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

    SO ORDERED.

_____
United States District Judge