*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **ALICE PEAK,** | ) |
| | ) |
|      **Plaintiff,** | ) |
| | ) |
|      v. | )   Civil Action No. 06-0373 (JGP) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
|      **Defendant.** | ) |

**SCHEDULING ORDER**

This case was filed on March 2, 2006. Based on the representations of the parties in their joint statement, it is hereby **ORDERED**

    1. The case will remain with this Court for all purposes except discovery. The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

    2. Defendant shall file the administrative record on or before August 14, 2006.

    3. The parties shall file summary judgment motions on or before September 29, 2006.

    4. The parties shall file oppositions to dispositive motions on or before November 14, 2006.

    5. The parties shall file replies to oppositions to dispositive motions on or before November 28, 2006.

    6. The parties shall advise the Court if they think mediation is appropriate. If the case is

referred for mediation, discovery will proceed as scheduled.

      7.  If the parties object to anything in this order, they may file objections on or before July 17, 2006.

      8.  The scheduling conference previously set for July 12, 2006 is cancelled.

      **SO ORDERED.**


**DATE: July 10, 2006**                                              JOHN GARRETT PENN
                                                                             **United States District Judge**