UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| ALICE PEAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0373 (JGP) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME
TO FILE ADMINISTRTIVE RECORD**

Defendant District of Columbia (the "District"), by and through undersigned counsel and

pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court for an enlargement of time to file the

Administrative Record.

On July 6, 2006, the undersigned counsel faxed a request to the Student Hearing Officer asking

for the Administrative Record in this case.  When following up on the request last week, the student

hearing office indicated that they had no record on having received the original request.  A second copy

of the request was faxed to the Student Hearing Office. The undersigned counsel spoke with another

member of the Student Hearing Office today and she indicated that she could not guarantee that she

could produce the record within a week.

Accordingly, the District respectfully requests that this Court enlarge the time to file the

Administrative Record by two weeks from August 14, 2006, to and including August 28, 2006.

Counsel for the Plaintiff has consented to a grant of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
carol.burroughs@dc.gov

August 14, 2006

## MEMORANDUM OF POINTS AND AUTHORITIES

1.    Fed. R. Civ. P. 6.

2.    LCvR 7.1(m).

3.    The inherent authority of this Court.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICE PEAK,                          )
                                     )
            Plaintiff,               )
                                     )
    v.                               )        Civil Action No. 06-0373 (JGP)
                                     )
DISTRICT OF COLUMBIA,                )
                                     )
            Defendant.               )
_____)

### O R D E R

Upon consideration of Defendant's Consent Motion to Enlarge Time to File Administrative

Record, and it appearing just and proper, it is,

**ORDERED** that Defendant's Consent Motion to Enlarge Time to File Administrative Record

is **GRANTED;** and it is

**FURTHER ORDERED** that the District of Columbia may file the Administrative Record on

or before August 28, 2006.


_____
United States District Judge