UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-0373 (JGP) |
| DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING

Attached is a copy of the Administrative Record up to and including the Hearing Officer's Decision of February 24, 2006, that is the subject of this case.

                                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General of the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          **/s/ Edward P. Taptich**
                                          EDWARD P. TAPTICH [#012914]
                                          Chief, Equity Section II

                                          **/s/ Carol E. Burroughs**
                                          CAROL E. BURROUGHS [#415432]
                                          Assistant Attorney General
                                          441 Fourth Street, N.W.
                                          Sixth Floor South
                                          Washington, D.C. 20001
                                          (202) 724-6520
                                          Fax: 202-727-0431
**August 25, 2006**                        Email: Carol.Burroughs@dc.gov