**<u>Alice Peak v. District of Columbia</u>**
**<u>Civil Action No.  06-0373 ( JGP )</u>**

**<u>Index of Record</u>**

| **<u>Description</u>** | **<u>Page</u>** |
|---|---|
| Certification of Record | 1 |
| Hearing Officer's Decision, 2/24/06 | 2 |
| Student's Disclosure Letter dated 2/6/06 | 6 |
| MDT Meeting Notes dated 11/7/05 | 8 |
| Advocates MDT Meeting Notes dated 11/7/05 | 17 |
| Due Process Complaint Notice dated 12/8/05 | 19 |
| Letter to DCPS from Tyrka & Houck dated 12/8/05 | 22 |
| DCPS Clinical Evaluation dated 12/1/05 | 25 |
| DCPS Occupational Therapy Evaluation dated 12/21/05 | 32 |
| Functional Behavioral Assessment dated 1/4/06 | 34 |
| DCPS Educational Evaluation dated 1/13/06 | 34 |
| IEP and Meeting Notes dated 1/17/06 | 41 |
| Advocate's MDT Meeting Notes dated 1/17/06 | 53 |
| DCPS Prior Notice dated 1/17/06 | 54 |
| Petitioner's Motion for Entry of Default & Default Judgment - 12/20/05 | 55 |
| DCPS' Response to Due Process Complaint Notice dated 12/21/05 | 65 |
| Order Denying Petitioner's Motion for Default Judgment, dated 1/3/06 | 67 |
| Due Process Complaint Notice dated 1/25/06 | 70 |
| Scheduling Memorandum for Complaint Notice filed 1/25/06 | 75 |

DCPS Disclosure Statement and Motion to Compel - 2/6/06 w/att.          80

    Resolution Meeting Notes                                                              82