**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ALICE PEAK,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 06-373** |
| **v.** | ) | **JGP** |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE AND STIPULATION OF DISMISSAL**

The Plaintiff on behalf of her minor ward M.P., hereby stipulate to the dismissal of all claims and state as follows:

The Plaintiff's Complaint hinged on the Plaintiff's claim that the Defendant had denied her a timely administrative hearing. The Court rejected that claim when it denied the Plaintiff's request for a preliminary injunction. The administrative hearing in question has since been held.

The Defendants have made no counter claims, so they will not be harmed by the dismissal.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

1