UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE PEAK,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
|     v. ) | Civil Action No. 06-0373 (JGP) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
|     **Defendant** ) | |

**ORDER**

Upon consideration of Plaintiff's Notice and Stipulation of Dismissal, it is hereby

**ORDERED** that this matter is dismissed with prejudice.

**DATE: September 30, 2006**　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**